UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LINDA A. ALLEN, et al.,

    Defendants,

_____/

Hon. Paul L. Maloney

Case No. 1:25-cv-00118-PLM-PJG

## ORDER

This matter is before the Court on Plaintiff's Motion to Amend/Correct ECF No. 1. (ECF No. 5). Specifically, Plaintiff is asking that Attachment 1 (ECF No. 1-1, PageID.8) be removed from the docket. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion (ECF No. 5) is **GRANTED**. The Clerk's Office is hereby directed to STRIKE and REMOVE Attachment 1 from Plaintiff's complaint. (ECF No. 1-1, PageID.8).

**IT IS SO ORDERED**.

Date: February 5, 2025

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge