## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Michigan

Case Number: 1-25-CV-00118-PLM-
PJG

Plaintiff:
**United States of America**

vs.

Defendant:
**Linda A Allen as Trustee for Golden Assets Settlement Trust an
Individually, Berrien County , MI,  and, St. Joseph Charter Township,
Berrien County, MI**

For:
Danielle Sumner, Esq
P.O. Box 55 Ben Franklin Station
Washington, DC 20044

Received these papers on the 24th day of February, 2025 at 10:57 am to be served on **BERRIEN COUNTY
MICHIGAN, 701 MAIN STREET, 2nd FLOOR, C/O OFFICE OF THE TREASURER, ST. JOSEPH, MI
49085**.

I, Amy Luthy, do hereby affirm that on the **25th day of February, 2025** at **11:50 am, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons  in a Civil Action and
Complaint** with the date and hour of service endorsed thereon by me, to: **TONI ETTER** as **CHIEF
DEPUTY TREASURER** for **BERRIEN COUNTY MICHIGAN**, and informed said person of the contents
therein, in compliance with State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United
States of America.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: CAUCASIAN, Height: 5'7, Weight: 190,
Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I
declare pursuant to  28 USC 1746 that I have read the foregoing document and the facts stated are true
and correct. This document was executed on the date endorsed below.

_Amy Luthy_
Amy Luthy

_2/25/25_
Date

Our Job Serial Number: DPR-2025000401
Ref: CTS Northern CMN 2020100830

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a