# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Michigan

Case Number: 1-25-CV-00118-PLM-PJG

Plaintiff:
**United States of America**

vs.

Defendant:
**Linda A Allen as Trustee for Golden Assets Settlement Trust an Individually, Berrien County, MI, and, St. Joseph Charter Township, Berrien County, MI**

For:
Danielle Sumner, Esq
P.O. Box 55 Ben Franklin Station
Washington, DC 20044

Received these papers on the 24th day of February, 2025 at 10:57 am to be served on **ST.JOSEPH CHARTER TOWNSHIP'S, 3000 WASHINGTON AVE, ST. JOSEPH, MI 49085.**

I, Amy Luthy, do hereby affirm that on the **25th day of February, 2025** at **12:03 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons in a Civil Action and Complaint** with the date and hour of service endorsed thereon by me, to: **DENISE COOK** as **MANAGER** for **ST.JOSEPH CHARTER TOWNSHIP'S**, and informed said person of the contents therein, in compliance with State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: WHITE, Height: 5'9, Weight: 160, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuant to 28 USC 1746 that I have read the foregoing document and the facts stated are true and correct. This document was executed on the date endorsed below.

Amy Luthy
2/25/25
Date

Our Job Serial Number: DPR-2025000402
Ref: CTS Northern CMN 2020100830

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

