UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
------------------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  -against-<br><br>LINDA A. ALLEN as Trustee for GOLDEN ASSETS SETTLEMENT TRUST and Individually; BERRIEN COUNTY, MI; and ST. JOSEPH CHARTER TOWNSHIP, BERRIEN COUNTY, MI,<br><br>            Defendants. | **NOTICE OF MOTION**<br><br>Case No. 1:25-cv-00118 (PLM)(PJG)<br><br>Hon. Paul L. Maloney |

------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon all the pleadings and proceedings heretofore had herein, and Defendant Berrien County's Memorandum of Law in Support of Its Motion to Dismiss, dated March 18, 2025, Berrien County moves this Court before the Honorable Paul L. Maloney, United States District Judge, Western District of Michigan, at the Courthouse thereof, 699 Federal Building, Grand Rapids, MI, for an order dismissing the action as against Berrien County pursuant to Fed. R. Civ. P. 12(b)(6) on the grounds that the Complaint filed by the United States of America fails to state a claim against Berrien County upon which relief can be granted.

Dated:  St. Joseph, Michigan
      March 18, 2025

                       /s/ Thaddeus J. Hackworth
                       Thaddeus J. Hackworth (P84996)
                       Berrien County Corporate Counsel
                       701 Main Street
                       St. Joseph, MI 49085
                       (269) 983-7111 x8416
                       thackworth@berriencounty.org
                       *Attorney for Berrien County*

TO:     Danielle Sumner
        U.S. Department of Justice, Civil Tax Division
        Ben Franklin Station
        P.O. Box 55
        Washington, DC 20044

        Linda A. Allen-Bey, *pro se*
        1619 Lyola Ct
        Benton Harbor, MI 49022