UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

FILED - GR
March 24, 2025 1:35 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: KB 3/24

United States of America,

Danielle Sumner as plaintiff's attorney

Plaintiff

v.

Case No. 1:25-cv-00118-PLM

Hon. Paul L. Maloney

Linda A. Allen,

Defendant

_____/

### RESPOND TO PLAINTIFF'S COMPLAINT

I Linda Ann Allen-Bey am **NOT** an attorney nor have I ever claimed to be an attorney. The U.S. Attorney Danielle E. Sumner and The United States of America filed with this court a civil action to reduce to judgement unpaid federal tax liabilities owed in a form of a complaint that contained offensive and false comments in part.

### JURISDICTION

The district court has jurisdiction pursuant to 26 U.S.C. § 7402.

However, this complaint is about a tax liability in reference to Linda Allen-Bey. Unfortunately, due to some medical issues that have taken place in my life. At this time, I am not able to pay the tax liabilities that's due, I am unable to work. My only source of income is long term disability and I'm also under a hardship via IRS an currently not collectible status. I digress.

## FALSE REFUND SCHEME

First and foremost, it was never my intention to scheme or defraud anyone. I am not a criminal nor do I have a criminal record, I never been in any trouble with the law, I will not do anything knowingly to defraud the IRS or no one. I put my trust in the wrong people. A 1041 tax for was filed on the behalf of the trust by an ex mutual friend who lives in South Caroline that has her own tax business, I met this person in the international indigenous society group that I was associated with in which I no longer associate myself with. The tax form 1041 was not personally filed by me, I have no knowledge what the tax return claimed or no knowledge what was reported for withholdings. I never saw the 1041tax form that was prepared on the behalf of the trust. I never signed the 1041 tax form. I had no knowledge of a second 1041 form was filed on July 9, 2014 until now by reading it in this complaint. However, I did ask how are trusts entitled to receive such a tax refund and I was told that there is a special fund account set-aside on our behalf from the government. I failed victim and trusted the wrong people. The IRS did issue a refund check in the amount of $422,606.96. Some purchases were made including a home and two vehicles, both vehicles have been seized one in 2016 and the second vehicle around 2019. The plaintiffs have made statements that I Linda A. Allen the alter ego of the trust schemed and filed a false return, I did not knowingly filed a false tax return to scheme. The plaintiffs have failed to mentioned there was over $180,168.09 dollars still left in the chase bank account, and that's be cause I had no ideal this was a scam/scheme until I was contacted via a revenue officer and that's when I became aware that the trust was not entitled to the tax return. Over 200,000.00 already have been paid back via levies, garnishments, and seizers before the penalties and interest that was added. I had no ideal this was a scam/scheme until I was contacted via a revenue officer. Once I became aware the trust was not entitled to the re fund and a possibility of a scheme that's why no more tax returns were filed on the behalf of the trust, not because of a one-time scheme that the plaintiff is alleging. I dissociated myself from those kinds of people immediately.

**WHEREFORE**, I Linda Allen-Bey request the following relief:

Judgement in favor of the defendant Linda Allen-Bey by dismissing this complaint against the plaintiff United States of America and Danielle Sumner plaintiff's attorney since this complaint is about collecting a tax debt and due to certain circumstances, I'm currently financially not able to pay. My only source of income is long term disability and I'm also under a hardship via IRS as currently not collectible status.

Date: March 19, 2025                                           By: *Linda Allen-Bey*
                                                                    Linda Allen-Bey

## CERTIFICATE OF SERVICE

I, Linda Allen-Bey herby certify that I am of such age and discretion as to be competent to serve papers. I further certify that I caused a copy of Response to Judge's Order to be mailed to Danielle E. Sumner via first class mail to the address listed below.

Danielle E. Sumner

Trail Attorney, Tax Division

U.S. Department of Justice

P.O. Box 55

Washington, D.C. 20044-0055

Linda Allen-Bey
1619 Lyola Ct.
Benton Harbor, MI 49022

United S
for the We
399 Fede
110 Mich
Grand R



Retail

U.S. POSTAGE PAID
FCM LG ENV
BENTON HARBOR, MI 49022
MAR 20, 2025

49503    $1.77

RDC 99    S2324M502280-05

tates District Court
stern District of Michigan
al Building
igan St., NW
apids, Michigan 49503