UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>       Plaintiff,         )<br>         )<br>v.         )<br>         )<br>LINDA A. ALLEN, *et al.*,         )<br>       Defendants.         )<br>         ) | No. 1:25-cv-118<br><br>Honorable Paul L. Maloney |

### ORDER

This matter comes before the court on the Answer filed by Defendant Linda A. Allen who does not appear to be an attorney. (ECF Nos. 9 & 16). The complaint names Linda A. Allen as a Defendant in her individual capacity and as trustee of the Golden Assets Settlement Trust (the "Trust"). Based upon the complaint, it is unclear whether the Trust is a Defendant in this action. If the Trust is a separate Defendant in this action, then Defendant Allen could not represent it. *Great Am. Life Ins. Co. v. Shenkin as Tr. of Holiday Fam. Tr.*, No. 14-3533, 2015 WL 13928758, at *2 (6th Cir. June 5, 2015); *Boniecki v. City of Warren*, No. CV 22-11578, 2023 WL 2138090, at *2 (E.D. Mich. Feb. 21, 2023) (collecting cases).

**IT IS HEREBY ORDERED** that the Plaintiff shall have **twenty-one (21) days** from the date of entry of this Order to clarify by a filing or an amended complaint whether the Golden Assets Settlement Trust is a party to this action.

**IT IS SO ORDERED.**

Date: March 26, 2025         /s/ Paul L. Maloney
                                                                                     Paul L. Maloney
                                                                                      United States District Judge