UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LINDA A. ALLEN, et al.,

    Defendants.

_____/

Hon. Paul L. Maloney

Case No. 1:25-cv-118

## ENTRY OF DEFAULT

It appearing from the files and records that affidavit for default has been duly filed and that defendant(s) Linda A. Allen, as Trustee of the Golden Assets Settlement Trust failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

NOW THEREFORE, on affidavit of counsel for plaintiff(s) and in accordance with the rules of this court, default is hereby entered against defendant(s) Linda A. Allen, as Trustee of the Golden Assets Settlement Trust according to Rule 55(a) of the Federal Rules of Civil Procedure.

CLERK OF COURT

/s/ M. Carlson

Date: June 6, 2025

By: Deputy Clerk