THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

FILED - GR
June 30, 2025 1:13 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MKC  SCANNED BY: ns / 7/1/25

United States of America,
Plaintiff

Case No. 1:25-cv-00118-PLM

v.

Hon. Paul L. Maloney

Linda A. Allen,
Defendant

**MOTION TO SET ASIDE THE UNITED STATES' MOTION FOR ENTRY DEFAULT BASED ON FAILURE TO ANSWER SUPPORTED BY AN AFFIDAVIT**

I Linda A. Allen am not an attorney nor have I ever claim to be an attorney.

I Linda A. Allen the defendant, moves the clerk of court under Rule 55(C) to set aside the default judgement that was mistakenly filed by the plaintiff attorney.

1. I was served the complaint by the plaintiff via their attorney in my personal capacity.

2. I was served the complaint by the plaintiff via their attorney as ("the trustee)" naming me the alter ego.

3. I was served the complaint by the plaintiff via their attorney the ("trust") naming me the alter ego.

4. Both complaints stated I'm the alter ego and obligated to pay the tax liabilities.

5. Both complaints were answered with my response in a timely matter.

WHEREFORE I Linda A. Allen is seeking relief under rule 60 (B) asking the honorable court and clerk to set aside plaintiff's motion for entry of default judgement based on failure to answer the complaint. Defendant did respond to both complaints and mailed in a timely matter.

Linda A. Allen-Bey
1619 Lyola Court
Benton Harbor, MI 49022

U
We

```
Retail                              U.S. POSTAGE PAID
                                    FCM LG ENV
                                    BENTON HARBOR, MI 49022
                                    JUN 25, 2025

             49503                  $1.50

RDC 99                              S2324M502248-12
```

nited States District Court
stern District of Michigan
399 Federal Bldg.
110 Michigan St. N.W.
Grand Rapids, MI 49503