UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

FILED - GR
June 30, 2025 1:13 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MKC   SCANNED BY: ____ /

Linda A. Allen
1619 LYOLA CT.
Benton Harbor, Michigan 49022
allenlinda182@gmail.com

JUNE 24, 2025

Honorable Judge Paul L. Maloney
399 Federal Bldg.
110 Michigan St. N.W.
Grand Rapids, Mi 49503

Re: Case # 1:25-cv-118
Request for Court- Appointed Attorney

Dear Honorable Judge Paul L. Maloney

I'm respectfully requesting the court to appoint an attorney me in the above referenced case. I cannot afford a private legal counsel for this matter. I'm unemployed and currently on social security disability. Having legal representation is essential to effectively to ensure my rights are protected. Thank you for your time in advance regarding this matter

06/24/2025

Linda Allen-Bey
Linda A. Allen-Bey

## CERTIFICATE OF SERVICE

I, Linda Ann Allen-Bey herby certify that I am of such age and discretion as to be competent to serve papers. I further certify that I caused a copy of the of Response to plaintiff's Motion for entry of default and letter requesting an court appointed attorney to be mailed to Danielle E. Sumner via first class mail to the address listed below.

Danielle E. Sumner
Trail Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044-0055

Date: 06/24/2025    By; _Linda Allen-Bey_
                    Linda Ann Allen-Bey

Linda A. Allen-Bey
1619 Lyola Court
Benton Harbor, MI 49022

U
We

Retail  

49503

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
BENTON HARBOR, MI 49022
JUN 25, 2025

**$1.50**

S2324M502248-12

nited States District Court
stern District of Michigan
399 Federal Bldg.
110 Michigan St. N.W.
Grand Rapids, MI 49503