# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:25-cv-00118-PLM | 7/10/2025 | 11:01- 11:41 AM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| United States of America v. Allen et al |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Danielle Sumner | Plaintiff |
| Pro Per | Defendant Linda A. Allen |

## PROCEEDINGS

**NATURE OF HEARING:**

Rule 16 Scheduling Conference held via Zoom; CMO to issue.

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema