IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff,*<br><br>  v.<br><br>LINDA A. ALLEN, in her Individual Capacity<br>  and as Trustee of the GOLDEN ASSETS<br>  SETTLEMENT TRUST;<br>BERRIEN COUNTY, MICHIGAN;<br>ST. JOSEPH CHARTER TOWNSHIP,<br>  BERRIEN COUNTY, MICHIGAN<br><br>  *Defendants.* | Case No. 1:25-cv-118<br><br>District Judge Paul L. Maloney<br><br>Magistrate Judge Phillip J. Green |

**PLAINTIFF UNITED STATES' OPPOSITION
TO DEFENDANT'S MOTION TO SET ASIDE CLERK'S
ENTRY OF DEFAULT**

  Plaintiff United States of America opposes Defendant Linda A. Allen's Motion to Set Aside Clerk's Entry of Default (ECF 27) against her as Trustee of the Golden Assets Settlement Trust.

  As set forth in more detail in the United States' supporting brief, Ms. Allen is not an attorney, and the Trust may not appear pro se. As a result, the clerk's entry of default is proper. Ms. Allen's motion should either be denied or stricken from the record.

            Respectfully submitted,

            */s/ Danielle E. Sumner*
            DANIELLE E. SUMNER
            Trial Attorney, Tax Division
            U.S. Department of Justice
            P.O. Box 55
            Washington, D.C.  20044-0055
            202-514-6508 (v) / 202-514-5238 (f)
            Danielle.Sumner@usdoj.gov

## CERTIFICATE OF SERVICE

On July 14, 2025, I caused the foregoing Opposition to Defendant's Motion to Set Aside Clerk's Entry of Default to be filed electronically with the Clerk of Court through ECF, and I caused a copy of the foregoing document and notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participant:

    Linda A. Allen
    1619 Lyola Court
    Benton Harbor, MI 49022

/s/ *Danielle E. Sumner*
Danielle E. Sumner
Trial Attorney
U.S. Department of Justice