UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF MICHIGAN

FILED - GR
August 4, 2025 4:27 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MKC  SCANNED BY: KD / 8-5

| | |
|---|---|
| United States of America, | Case No. 1:25-cv-00118-PLM |
| Plaintiff | Hon. District Judge Paul L. Maloney |
| | Hon. Magistrate Judge Phillip J. Green |
| v. | |
| Linda Ann Allen, | |
| Defendant | |

### DEFENDANT'S MOTION TO STRIKE AND OR SET ASIDE PLAINTIFF'S ENTRY OF DEFAULT JUDGEMENT, OPPOSITION, SUPPORTING BRIEF. SUPPORTED BY AN EQUITABLE ESTOPPEL

The court should not deny nor strike defendant Linda A. Allen's motion to set aside clerk's entry of default. I Linda Ann Allen moves the clerk of court under Rule 55(C) to set aside and deny the entry of default judgement that was mistakenly filed by the plaintiff's attorney. The plaintiff's simply states in both served complaints that I Linda A. Allen are the same persons "the alter ego" of Golden Assets settlement trust and the alter ego of the trustee. Both complaints were answered in a timely matter as the alter ego and/ or in my personal capacity. Plaintiff's actions for entry of a default judgement contradicts its initial prior filed complaints by using various tactics exploiting vulnerabilities for their own gain, stating and naming the defendant as the alter ego in order to collect a debt and or levy by garnishing my prior wages to benefit from my place of employment. This is manipulating and unethically acts in bad faith with unclean hands.

**WHEREFORE** I Linda A. Allen is seeking relief under rule 60 (B) asking the honorable court and clerk to set aside plaintiff's motion for entry of default judgement. The defendant respectfully ask the honorable court and clerk to dismiss the plaintiff's opposition and supporting brief. Both complaints were the same exact complaint word for word and the defendant answered both complaints in a timely matter.

07-29-25

Linda Allen-Bey

## CERTIFICATE OF SERVICE

I, Linda Ann Allen-Bey herby certify that I am of such age and discretion as to be competent to serve papers. I further certify that I caused a copy of the of Response to plaintiff's Motion for entry of default, opposition, supporting brief. supported by an equitable estoppel to be mailed to Danielle E. Sumner via first class mail to the address listed below.

Danielle E. Sumner
Trail Attorney, Tax Division
 U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044-0055

Date: 07/29/2025             By; _Linda Allen-Bey_
                                         Linda Ann Allen-Bey

Linda A Allen B
1619 Lyola Ct.
Benton Harbor, Mi 49022



Retail
U.S. POSTAGE PAID
FCM LG ENV
BENTON HARBOR, M
JUL 29, 2025
49503
$1.63
RDC 99
S2322T501059-12

United States District Court for
The Western District of Michigan
399 Federal Bldg
110 Michigan St NW
Grand Rapids, Mi 49503