UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|     Plaintiff,                                      ) | |
|                                            ) | No. 1:25-cv-118 |
| v.                                                    ) | |
|                                            ) | Honorable Paul L. Maloney |
| LINDA A. ALLEN, *et al.*,                  ) | |
|     Defendant.                                ) | |
|                                            ) | |

## ORDER

This matter comes before the court on several motions filed by Defendant Linda Allen. (ECF Nos. 27, 28, 33). Each is addressed below.

Defendant Linda Allen moved to set aside the entry of default. (ECF Nos. 27, 33). Default entered against Defendant Linda Allen as Trustee of the Golden Assets Settlement Trust on June 6, 2025. (ECF No. 26). The record reflects that no answer was filed on behalf of the Golden Assets Settlement Trust, and entry of default was proper. The Golden Assets Settlement Trust is a separate Defendant in this action, and Defendant Allen cannot represent it because she is not an attorney. *Great Am. Life Ins. Co. v. Shenkin as Tr. of Holiday Fam. Tr.*, No. 14-3533, 2015 WL 13928758, at *2 (6th Cir. June 5, 2015); *Boniecki v. City of Warren*, No. CV 22-11578, 2023 WL 2138090, at *2 (E.D. Mich. Feb. 21, 2023) (collecting cases). Defendant's motions are denied.

Defendant Allen also filed a motion seeking court appointed counsel. She maintains that she cannot afford an attorney. District courts have discretion to appoint counsel for an indigent civil litigant. 28 U.S.C. § 1915(d). In the court's judgment, "exceptional

circumstances warranting appointment of counsel do not exist." *Lavado v. Keohane*, 992 F.2d 601, 606 (6th Cir. 1993).

**IT IS HEREBY ORDERED** that the Defendant's motion to set aside default (ECF No. 27) is **DENIED**.

**IT IS FURTHER ORDERED** that the Defendant's motion for appointment of counsel (ECF No. 28) is **DENIED without prejudice.**

**IT IS FURTHER ORDERED** that the Defendant's motion to strike the default (ECF No. 33) is **DENIED**.

**IT IS SO ORDERED.**

Date:  August 21, 2025                                           /s/ Paul L. Maloney
                                                                                 Paul L. Maloney
                                                                                 United States District Judge