UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,                             Hon. Paul L. Maloney

v.                                      Case No. 1:25-cv-00118-PLM-PJG

LINDA A. ALLEN, et al.,

    Defendants,

_____/

**NOTICE OF RESCHEDULED EARLY SETTLEMENT CONFERENCE**

The Early Settlement Conference set in this matter for December 17, 2025, is rescheduled to **December 22, 2025, at 1:30 PM** with Magistrate Judge Phillip J. Green, by video.  In all other respects, including the requirements regarding attendance at the conference and submission of a confidential settlement letter and written exchanges, the Case Management Order entered on July 14, 2025 (ECF No. 31) remains in effect.  The confidential letters will be due three business days, via email at greenmediation@miwd.uscourts.gov, before the rescheduled conference.

                                                        PHILLIP J. GREEN
                                                        United States Magistrate Judge

Date: November 18, 2025             /s/ Jessica K. Wright
                                             By:  Jessica K. Wright, Deputy Clerk