IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>LINDA A. ALLEN, in her Individual Capacity and as Trustee of the GOLDEN ASSETS SETTLEMENT TRUST;<br>BERRIEN COUNTY, MICHIGAN;<br>ST. JOSEPH CHARTER TOWNSHIP, BERRIEN COUNTY, MICHIGAN<br><br>    *Defendants.* | Case No. 1:25-cv-118<br><br>District Judge Paul L. Maloney<br><br>Magistrate Judge Phillip J. Green |

**MOTION TO EXTEND FACT DISCOVERY
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a forty-four (44) day extension of fact discovery in the above-captioned case in light of the forty-three (43) day shutdown of the federal government due to a lapse of appropriations. If granted, the new deadline for the close of fact discovery would be extended from Friday, January 9, 2026, until Monday, February 23, 2026.

1. On July 14, 2026, this Court entered a Case Management Order setting the close of fact discovery for January 9, 2026. ECF 31.

2. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed.

3. Absent an appropriation, Department of Justice attorneys were prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4. Funding was restored to the federal government on the evening of Wednesday, November 12, 2025, and the federal government fully reopened and resumed its normal course of

1

operations on Thursday, November 13, 2025.

5.      Because undersigned counsel for the Department of Justice was unable to work on this case for a forty-three (43) day period from October 1, 2025 until November 12, 2025, the United States seeks a forty-four (44) day extension of the fact discovery deadline. The United States asks for forty-four (44) days because a forty-three (43) day extension would cause the new deadline to fall on Sunday, February 22, 2026.

6.      The extension of the deadline for close of fact discovery will not impact any other deadlines set by this Court in the above-captioned case.

7.      This is the first request the United States has made for an extension of time in this case.

8.      Counsel for the United States conferred with Defendant Linda A. Allen, who is pro-se, in accordance with L.R. 7.1(d)(ii)(A). Defendant does not oppose this motion.

Therefore, the United States hereby moves for a forty-four (44) day extension of fact discovery of the above-captioned case until Monday, February 23, 2026.

>                                 Respectfully submitted,
>
>                                  */s/ Danielle E. Sumner*
>                                 DANIELLE E. SUMNER
>                                 Trial Attorney, Tax Litigation Branch
>                                 Civil Division, U.S. Department of Justice
>                                 Post Office Box 55
>                                 Ben Franklin Station
>                                 Washington, D.C.  20044
>                                 Telephone: (202) 514-6508
>                                 Fax: (202) 514-5238
>                                 Email: Danielle.Sumner@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF. I also caused a copy of the foregoing document to be sent via electronic mail to Defendant at her address Ms. Allen at her address allenlinda182@gmail.com. Additionally, I caused a copy of the foregoing document to be mailed by first-class mail, postage paid, to Ms. Allen at the below address:

    Linda A. Allen
    1619 Lyola Court
    Benton Harbor, MI 49022

    */s/ Danielle E. Sumner*
    DANIELLE E. SUMNER
    Trial Attorney, Tax Litigation Branch
    Civil Division, U.S. Department of Justice

## CERTIFICATE OF COMPLIANCE

I hereby certify that I made a reasonable and good faith effort to reach agreement with Defendant Linda A. Allen, who is pro se, on the matters set forth in the motion in accordance with this Court's Case Management Order (ECF 31) and L.R. 7.1(d)(ii)(A). Defendant does not oppose this motion.

*/s/ Danielle E. Sumner*
DANIELLE E. SUMNER
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
