IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>LINDA A. ALLEN, in her Individual Capacity and as Trustee of the GOLDEN ASSETS SETTLEMENT TRUST;<br>BERRIEN COUNTY, MICHIGAN;<br>ST. JOSEPH CHARTER TOWNSHIP, BERRIEN COUNTY, MICHIGAN<br><br>    *Defendants.* | Case No. 1:25-cv-118<br><br>District Judge Paul L. Maloney<br><br>Magistrate Judge Phillip J. Green |

**ORDER GRANTING MOTION FOR EXTENSION OF FACT DISCOVERY**

This case came on for consideration, without hearing, of the United States Department of Justice's *Motion for Extension of Fact Discovery in Light of Government Shutdown* ("the Motion") (ECF 37), and the Court having considered the Motion and the record, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The deadline for fact discovery in this case is extended forty-four (44) days, from Friday, January 9, 2026 until Monday, February 23, 2026.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2025.

_____
The Honorable Phillip J. Green
United States Magistrate Judge