IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | Case No. 1:25-cv-118 |
| v. | District Judge Paul L. Maloney |
| LINDA A. ALLEN, in her Individual Capacity and as Trustee of the GOLDEN ASSETS SETTLEMENT TRUST; BERRIEN COUNTY, MICHIGAN; ST. JOSEPH CHARTER TOWNSHIP, BERRIEN COUNTY, MICHIGAN | Magistrate Judge Phillip J. Green |
| *Defendants.* | |

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rule 5.3(a), I hereby certify that on December 5, 2025, I served

Plaintiff United States of America's First Set of Interrogatories to Defendant Linda A. Allen (1-

9) via electronic mail to Ms. Allen at her address allenlinda182@gmail.com. Additionally, I caused a

copy of the foregoing document to be mailed by first-class mail, postage paid, to Ms. Allen at the

below address:

> Linda A. Allen
> 1619 Lyola Court
> Benton Harbor, MI 49022

**Dated:**   December 5, 2025

> BRETT A. SHUMATE
> Assistant Attorney General
>
> JOSHUA WU
> Deputy Assistant Attorney General, Tax Litigation Branch
>
> */s/ Danielle E. Sumner*
> DANIELLE E. SUMNER

Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044-0055
202-514-6508 (v) / 202-514-5238 (f)
Danielle.Sumner@usdoj.gov