IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>LINDA A. ALLEN, in her Individual Capacity and as Trustee of the GOLDEN ASSETS SETTLEMENT TRUST;<br>BERRIEN COUNTY, MICHIGAN;<br>ST. JOSEPH CHARTER TOWNSHIP, BERRIEN COUNTY, MICHIGAN<br><br>    *Defendants.* | Case No. 1:25-cv-118<br><br>District Judge Paul L. Maloney<br><br>Magistrate Judge Phillip J. Green |

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rule 5.3(a), I hereby certify that on December 5, 2025, I served Plaintiff United States of America's First Set of Requests for Production to Defendant Linda A. Allen (1-7) via electronic mail to Ms. Allen at her address allenlinda182@gmail.com. Additionally, I caused a copy of the foregoing document to be mailed by first-class mail, postage paid, to Ms. Allen at the below address:

    Linda A. Allen
    1619 Lyola Court
    Benton Harbor, MI 49022

**Dated:**   December 5, 2025

                                        BRETT A. SHUMATE
                                        Assistant Attorney General

                                        JOSHUA WU
                                        Deputy Assistant Attorney General, Tax Litigation Branch

                                        */s/ Danielle E. Sumner*
                                        DANIELLE E. SUMNER

        Trial Attorney, Tax Litigation Branch
        Civil Division, U.S. Department of Justice
        P.O. Box 55
        Washington, D.C. 20044-0055
        202-514-6508 (v) / 202-514-5238 (f)
        Danielle.Sumner@usdoj.gov