IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | Case No. 1:25-cv-118 |
| v. | District Judge Paul L. Maloney |
| LINDA A. ALLEN, in her Individual Capacity and as Trustee of the GOLDEN ASSETS SETTLEMENT TRUST; BERRIEN COUNTY, MICHIGAN; ST. JOSEPH CHARTER TOWNSHIP, BERRIEN COUNTY, MICHIGAN | Magistrate Judge Phillip J. Green |
| *Defendants.* | |

## ORDER GRANTING MOTION FOR EXTENSION OF FACT DISCOVERY

This case came on for consideration, without hearing, of the United States Department of Justice's *Motion for Extension of Fact Discovery in Light of Government Shutdown* ("the Motion") (ECF 37), and the Court having considered the Motion and the record, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The deadline for fact discovery in this case is extended forty-four (44) days, from Friday, January 9, 2026 until Monday, February 23, 2026.

IT IS SO ORDERED.

SIGNED this __9th__ day of __December__, 2025.

                                                           /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge