IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     *Plaintiff,* | Case No. 1:25-cv-118 |
|     v. | District Judge Paul L. Maloney |
| LINDA A. ALLEN, in her Individual Capacity and as Trustee of the GOLDEN ASSETS SETTLEMENT TRUST;<br>BERRIEN COUNTY, MICHIGAN;<br>ST. JOSEPH CHARTER TOWNSHIP, BERRIEN COUNTY, MICHIGAN | Magistrate Judge Phillip J. Green |
|     *Defendants.* | |

**MOTION TO CONTINUE EARLY SETTLEMENT CONFERENCE
CURRENTLY SET FOR DECEMBER 22, 2025**

    Plaintiff the United States of America respectfully moves this Court to continue the Early Settlement Conference currently scheduled for December 22, 2025 at 1:30pm by video, until a date in the last week of January that suits the Court. In accordance with W.D. Mich. L. Civ. R. 7.1(d)(ii)(A), counsel for the United States has conferred with Defendant Linda A. Allen, who is pro se, and Defendant does not oppose this motion. Furthermore, Defendant stated that late January is better for her as well.

    This case is about federal income tax liabilities assessed for tax year 2013 against Golden Assets Settlement Trust ("the Trust"), or alternatively against Linda A. Allen as the alter ego of the Trust, and the United States' efforts to reduce those liabilities to judgment and enforce tax liens against real property held in the name of the Trust. In its Case Management Order filed on July 14, 2025, the Court scheduled an Early Settlement Conference for December 17, 2025. ECF 31. On November 18, 2025, the Court rescheduled the Early Settlement Conference for December 22, 2025. ECF 36.

1

Since the Early Settlement Conference was rescheduled, the United States moved for, and was granted, an approximately six-week extension of fact discovery due to the lapse in appropriations that fund the operations of the Department of Justice from October 1, 2025 until November 12, 2025. *See* ECF 38; 41.

The United States here moves to continue the Early Settlement Conference by approximately four weeks in order to receive discovery responses that will better inform its position entering into settlement negotiations, and because counsel for the United States has scheduling conflicts on the date of December 22, 2025. Should this Court grant the motion and continue the Early Settlement Conference, the United States askes that the hearing be rescheduled for a period in the last week of January. This would allow for the Early Settlement Conference to transpire approximately three weeks before the close of fact discovery, as was true of the original length of time between the close of fact discovery and the early settlement conference scheduled in this Court's original Case Management Order. *See* ECF 31.

        Respectfully submitted,

        BRETT A. SHUMATE
        Assistant Attorney General

        JOSHUA WU
        Deputy Assistant Attorney General,
        Tax Litigation Branch

        */s/ Danielle E. Sumner*
        DANIELLE E. SUMNER
        Trial Attorney
        Tax Litigation Branch
        Civil Division, Department of Justice
        P.O. Box 55
        Washington, D.C.  20044-0055
        Telephone:  202-514-6508
        Fax:  202-514-5238
        Danielle.Sumner@usdoj.gov
        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      On December 15, 2025, I caused the foregoing Motion to Continue Early Settlement Conference Currently Set for December 22, 2025 to be filed electronically with the Clerk of Court through ECF. Additionally, I served a copy of the foregoing Motion via email to Linda A. Allen at her electronic address allenlinda182@gmail.com. Finally, I caused a copy of the foregoing Motion to be mailed by first-class mail, postage paid, to Ms. Allen at the following address:

      Linda A. Allen
      1619 Lyola Court
      Benton Harbor, MI 49022

                                        /s/ *Danielle E. Sumner*
                                        Danielle E. Sumner
                                        Trial Attorney, Tax Litigation Branch
                                        Civil Division, Department of Justice