UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

    Plaintiff,                                  Hon. Paul L. Maloney

v.                                            Case No. 1:25-cv-00118-PLM-PJG

LINDA A. ALLEN,

    Defendant.
_____/

## ORDER

This matter is before the Court on the Defendant's Unopposed Motion to Continue the Early Settlement Conference set for December 22, 2025. (ECF No. 42). The Court being fully advised in the premises, the motion is **GRANTED**. Accordingly,

**IT IS ORDERED** that the Settlement Conference set in this matter for December 22, 2025, is **RESCHEDULED** to **January 28, 2026, at 1:00 PM** with Magistrate Judge Phillip J. Green, by zoom. The zoom link previously provided will be used for the rescheduled conference. In all other respects, including the requirements regarding attendance at the conference and submission of a confidential settlement letter, the Case Management Order entered on July 14, 2025 (ECF No. 31) remains in effect. The confidential letters will be due three business

days, via email at greenmediation@miwd.uscourts.gov, before the rescheduled conference.

**IT IS SO ORDERED**.

                                                PHILLIP J. GREEN  
                                                United States Magistrate Judge

Date: December 17, 2025                    /s/ Jessica K. Wright  
                                                By:  Jessica K. Wright, Deputy Clerk