UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LINDA A. ALLEN, et al.,

    Defendants,

_____/

Hon. Paul L. Maloney

Case No. 1:25-cv-00118-PLM-PJG

## ORDER

This matter is set for an Early Settlement Conference on January 28, 2026, before the undersigned. (ECF No. 43). On January 22, 2026, Plaintiff filed a Second Motion to Reschedule the Early Settlement Conference. (ECF No. 46). Plaintiff indicates that defendants do not oppose the request. (*Id.*) The Court being fully advised in the premises, the motion is **GRANTED**. A separate Notice will issue rescheduling the early settlement conference.

    **IT IS SO ORDERED**.

Date: January 23, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge