UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

    Plaintiff,                                                         Hon. Paul L. Maloney

v.                                                                                        Case No. 1:25-cv-00118-PLM-PJG

LINDA A. ALLEN, et al.,

    Defendants,
_____/

### NOTICE OF RESCHEDULED EARLY SETTLEMENT CONFERENCE

The Early Settlement Conference set in this matter for January 28, 2026, is rescheduled to **March 4, 2026, at 10:30 a.m.** with Magistrate Judge Phillip J. Green, by video. The zoom link previously provided will be used for the rescheduled conference. In all other respects, including the requirements regarding attendance at the conference and submission of a confidential settlement letter, the Settlement Conference Order entered on December 17, 2025 (ECF No. 43) remains in effect. The confidential letters and written exchanges will be due three business days, via email at greenmediation@miwd.uscourts.gov, before the rescheduled conference.

                                                                   PHILLIP J. GREEN
                                                                   United States Magistrate Judge

Date: January 28, 2026                                      /s/ Jessica K. Wright
                                                                 By:  Jessica K. Wright, Deputy Clerk