IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>    v.<br><br>LINDA A. ALLEN, in her Individual Capacity<br>    and as Trustee of the GOLDEN ASSETS<br>    SETTLEMENT TRUST;<br>BERRIEN COUNTY, MICHIGAN;<br>ST. JOSEPH CHARTER TOWNSHIP,<br>    BERRIEN COUNTY, MICHIGAN<br><br>    *Defendants.* | Case No. 1:25-cv-118<br><br>District Judge Paul L. Maloney<br><br>Magistrate Judge Phillip J. Green |

**MOTION TO EXCUSE PERSON WITH SETTLEMENT AUTHORITY
FROM ATTENDING THE SETTLEMENT CONFERENCE**

Plaintiff the United States of America respectfully moves this Court for relief from the Court's requirement that the settlement conference for this matter be attended by a party representative with settlement authority "to accept, without further contact with another person, the settlement demand of the opposing parties." ECF 31 ¶ 7(a) (Case Management Order). The United States sets forth good cause for relief from this requirement under W.D. Mich. L. Civ. R. 16.8. In accordance with W.D. Mich. L. Civ. R. 7.1(d)(ii)(A), counsel for the United States has conferred with Defendant Linda A. Allen, who is pro se. Defendant stated that she was unable to make a determination whether to oppose the motion.

The United States asks that the Court allow the Department of Justice Trial Attorney assigned to this matter – who has authority to negotiate and recommend a settlement to the appropriate office, but does not have full settlement authority – to attend the scheduled settlement conference, as provided for in W.D. Mich. L. Civ. R. 16.8, alone with her Assistant Director available for consultation by telephone, if needed. Her Assistant Director has been

1

delegated settlement authority up to $250,000 of the tax and penalty at issue, so long as the Internal Revenue Service does not oppose the particular proposal. It is appropriate that the Court grant this relief as doing so will neither prejudice the Defendant, nor hinder the efficacy of the early settlement conference, but it will provide an effective mechanism for the United States to engage in settlement negotiations, as set forth more fully in the United States' Supporting Memorandum of Law.

      Respectfully submitted,

      BRETT A. SHUMATE
      Assistant Attorney General

      JOSHUA WU
      Deputy Assistant Attorney General
      Tax Litigation Branch

      */s/ Danielle E. Sumner*
      DANIELLE E. SUMNER
      Trial Attorney, Tax Litigation Branch
      Civil Division, U.S. Department of Justice
      P.O. Box 55
      Washington, D.C.  20044-0055
      Telephone: 202-514-6508
      Fax: 202-514-5238
      Danielle.Sumner@usdoj.gov
      Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      On February 18, 2026, I caused the foregoing Motion to be filed electronically with the Clerk of Court through ECF. Additionally, I served a copy of the foregoing document via email to Linda A. Allen at her electronic address allenlinda182@gmail.com. Finally, I caused a copy of the foregoing Motion to be mailed by first-class mail, postage paid, to Ms. Allen at the following address:

      Linda A. Allen
      1619 Lyola Court
      Benton Harbor, MI 49022

                                            /s/ *Danielle E. Sumner*
                                            Danielle E. Sumner
                                            Trial Attorney, Tax Litigation Branch
                                            Civil Division, Department of Justice