IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | Case No. 1:25-cv-118 |
| | District Judge Paul L. Maloney |
| LINDA A. ALLEN, in her Individual Capacity and as Trustee of the GOLDEN ASSETS SETTLEMENT TRUST; BERRIEN COUNTY, MICHIGAN; ST. JOSEPH CHARTER TOWNSHIP, BERRIEN COUNTY, MICHIGAN | Magistrate Judge Phillip J. Green |
| *Defendants.* | |

**ORDER GRANTING UNITED STATES' MOTION
TO EXCUSE PERSON WITH SETTLEMENT AUTHORITY
FROM ATTENDING THE SETTLEMENT CONFERENCE**

**THIS MATTER** is before the Court upon the United States' Motion to Excuse Person with Settlement Authority From Attending Settlement Conference. The Court being duly advised and good cause being shown,

**IT IS HEREBY ORDERED** that the Motion is granted. The United States is excused from the requirement that counsel for the United States attend the settlement conference along with a party representative with full settlement authority. Instead, the Trial Attorney for the United States will attend the settlement conference alone, with her Assistant Director available for consultation by telephone.

**SIGNED** in Grand Rapids, Michigan, on the ___19th___ day of February, 2026.

　　　　　　　　　　　　　　　　　　　　　/s/ Phillip J. Green
　　　　　　　　　　　　　　　　　　　　　PHILLIP J. GREEN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE