IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     *Plaintiff,* | Case No. 1:25-cv-118 |
| v. | District Judge Paul L. Maloney |
| LINDA A. ALLEN, in her Individual Capacity and as Trustee of the GOLDEN ASSETS SETTLEMENT TRUST; BERRIEN COUNTY, MICHIGAN; ST. JOSEPH CHARTER TOWNSHIP, BERRIEN COUNTY, MICHIGAN | Magistrate Judge Phillip J. Green |
|     *Defendants.* | |

**PLAINTIFF UNITED STATES' MOTION FOR
DEFAULT JUDGMENT AGAINST LINDA A. ALLEN
<u>AS TRUSTEE OF GOLDEN ASSETS SETTLEMENT TRUST</u>**

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiff United States of America moves this Court to enter a default judgment in favor of the United States and against Defendant Linda A. Allen in her capacity as Trustee of Golden Assets Settlement Trust ("the Trust") and grant the following relief:

A.    Judgment in favor of the United States and against the defendant Linda A. Allen, in her capacity as Trustee of Golden Assets Settlement Trust, for income tax, penalty, and interest for the period ending December 31, 2013, in the amount of $569,802.38 as of March 9, 2026, plus such additional amounts as may continue to accrue as provided by law from and after that date pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and 1961(c);

B.    A determination that the United States has valid and subsisting federal tax liens under 26 U.S.C. §§ 6321 and 6322 securing the liability described in paragraph A against the real property at 1619 Lyola Court, Benton Harbor, MI 49022 ("the Property");

1

C. An order enforcing the federal tax liens securing the liabilities described above pursuant to 26 U.S.C. § 7403 against the Property, by ordering the sale of the entire Property in a judicial sale (including by a receiver if requested by the United States), free and clear of all rights, titles, claims, liens, and interests of the Trust, and with the Trust having no interest in the sale proceeds.

This motion is based upon the following:

1. The Memorandum of Law submitted in support of this motion.
2. The allegations in the United States' Complaint against Linda A. Allen, Berrien County, and St. Joseph Charter Township. *See* ECF 1.
3. The Clerk's Entry of Default against Golden Assets Settlement Trust. *See* ECF 26.
4. The Declaration of Danielle E. Sumner, Trial Attorney, U.S. Department of Justice, which attests that the Trust is not an infant, incompetent person, or a member of the military. *See* ECF 25.
5. The Form 4340, Official Certificate of Assessments and Payments, which establishes the liability at issue and that the IRS sent the taxpayer notice of assessment and demand for payment. Exhibit 1.
6. The Declaration of David L. Kubik, Revenue Officer, U.S. Department of the Treasury, Internal Revenue Service, which is attached to this motion. Exhibit 2.
7. The Payoff Calculation based on an INTST transcript, which reflects the balances of the unpaid tax assessment described above, as of March 9, 2026, for the Trust for tax year 2013. Exhibit 3.
8. The general warranty deed transferring ownership of the real property at 1619 Lyola Court, Benton Harbor, MI 49022 to Golden Assets Settlement Trust. Exhibit

4.

WHEREFORE, Plaintiff United States of America requests that this motion be granted and that the Court award it such other and further relief that it deems just and proper.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

*/s/ Danielle E. Sumner*
DANIELLE E. SUMNER
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044-0055
202-514-6508 (v) / 202-514-5238 (f)
Danielle.Sumner@usdoj.gov

## CERTIFICATE OF SERVICE

      On March 12, 2026, I caused the foregoing Motion for Default Judgment, as well as all supporting documents and exhibits, to be filed electronically with the Clerk of Court through ECF. Additionally, I served a copy of the foregoing Motion for Default Judgment, as well as all supporting documents and exhibits, via email to Linda A. Allen at her electronic address allenlinda182@gmail.com. Finally, I caused a copy of the foregoing Motion for Default Judgment, as well as all supporting documents and exhibits, to be mailed by first-class mail, postage paid, to Ms. Allen at the following address:

      Linda A. Allen
      1619 Lyola Court
      Benton Harbor, MI 49022

      /s/ *Danielle E. Sumner*
      Danielle E. Sumner
      Trial Attorney, Civil Litigation Branch
      Civil Division, U.S. Department of Justice