# EXHIBIT 1

# Certificate of Official Record

Date: December 16, 2024

I certify that Collett Watkins, who signed the Annexed Certificate of Assessments, Payments and Other Specified Matters for, Golden Assets Settlement TR, Minister Linda A Allen Bey TTEE, EIN: 98-6072107 for U.S. Fiduciary Income Tax Return (Form 1041), for the tax period ending December 31, 2013 consisting of twenty three pages, is now and was, at the time of signing, Operations Manager, Accounting Control/Services, U.S. Department of Treasury, Internal Revenue Service, and that her signature is genuine.

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

J L Chyr
Accounting Clerk
OSC Accounting Department, M/S 6280

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR                EIN/SSN: ██████████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC  2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| | NET TAXABLE INCOME 300.00- | | | |
| 04-15-2014 | RETURN FILED 88236-100-76788-4  201416 | | 0.00 | 05-05-2014 |
| 04-15-2014 | WITHHOLDING CREDIT | | 415,239.00 | |
| 05-05-2014 | REFUND | | (415,239.00) | |
| 05-05-2014 | CANCELED REFUND CHECK | | 415,239.00 | |
| 07-09-2014 | AMENDED RETURN FILED 88236-190-02195-4 | | | |
| | ADDITIONAL TAX ASSESSED 29254-707-17882-4  20144508 | | 0.00 | 11-24-2014 |
| 11-24-2014 | INTEREST DUE TAXPAYER | | 7,367.96 | |
| 11-24-2014 | REFUND | | (422,606.96) | |
| 02-13-2015 | CDP LEVY NOTICE ISSUED | | | |
| 02-13-2015 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| | QUICK ASSESSMENT 29251-034-13400-5        08 | 422,606.96 | | 02-03-2015 |

FORM 4340  (REV. 01-2002)              PAGE    1

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR            EIN/SSN: ██████████
MINISTER LINDA A ALLEN BEY TTEE



TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC  2013


                                   ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT       DATE
                                   (REVERSAL)      (REVERSAL)
------------------------------------------------------------------------------

           INTEREST ASSESSED                12,174.00      02-03-2015
           20151008

           QUICK ASSESSMENT                 84,521.39      02-03-2015
           IRC 6662 ACCURACY PENALTY
           29251-034-13400-5        08

03-09-2015 SUBSEQUENT PAYMENT                            177.24
           LEVY

11-24-2014 INTEREST DUE TAXPAYER                     (7,367.96)
           REVERSED

03-30-2015 INTEREST ABATED             5,101.26-

04-06-2015 FEES AND COLLECTION COSTS     102.00

           ADDITIONAL TAX ASSESSED           0.00        04-06-2015
           28254-472-17000-5  20151108

03-11-2015 SUBSEQUENT PAYMENT                            177.23
           LEVY

03-16-2015 SUBSEQUENT PAYMENT                            177.23
           LEVY

FORM 4340  (REV. 01-2002)              PAGE   2
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR               EIN/SSN: ████████████
MINISTER LINDA A ALLEN BEY TTEE



TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC  2013
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 03-06-2015 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 03-27-2015 | SUBSEQUENT PAYMENT LEVY | | 177.23 | |
| 03-30-2015 | SUBSEQUENT PAYMENT LEVY | | 180,168.09 | |
| 03-18-2015 | CDP LEVY NOTICE REFUSED OR UNCLAIMED | | | |
| 04-06-2015 | SUBSEQUENT PAYMENT LEVY | | 200.67 | |
| 04-13-2015 | SUBSEQUENT PAYMENT LEVY | | 138.19 | |
| 04-17-2015 | SUBSEQUENT PAYMENT LEVY | | 177.23 | |
| 04-24-2015 | SUBSEQUENT PAYMENT LEVY | | 177.23 | |
| 05-01-2015 | SUBSEQUENT PAYMENT LEVY | | 177.23 | |

```
FORM 4340  (REV. 01-2002)              PAGE    3
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR                 EIN/SSN: ███████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC  2013


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 05-08-2015 | SUBSEQUENT PAYMENT LEVY | | 177.24 | |
| 05-15-2015 | SUBSEQUENT PAYMENT LEVY | | 177.23 | |
| 05-22-2015 | SUBSEQUENT PAYMENT LEVY | | 177.24 | |
| 05-26-2015 | SUBSEQUENT PAYMENT LEVY | | 491.78 | |
| 05-29-2015 | SUBSEQUENT PAYMENT LEVY | | 177.22 | |
| 06-05-2015 | SUBSEQUENT PAYMENT LEVY | | 177.24 | |
| 06-12-2015 | SUBSEQUENT PAYMENT LEVY | | 177.23 | |
| 06-19-2015 | SUBSEQUENT PAYMENT LEVY | | 177.24 | |
| 06-26-2015 | SUBSEQUENT PAYMENT LEVY | | 138.18 | |

FORM 4340  (REV. 01-2002)              PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR                 EIN/SSN: ██████████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC  2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 07-06-2015 | SUBSEQUENT PAYMENT LEVY | | 177.24 | |
| 07-10-2015 | SUBSEQUENT PAYMENT LEVY | | 98.71 | |
| 07-17-2015 | SUBSEQUENT PAYMENT LEVY | | 137.75 | |
| 07-22-2015 | SUBSEQUENT PAYMENT LEVY | | 176.81 | |
| 07-27-2015 | SUBSEQUENT PAYMENT LEVY | | 176.80 | |
| 08-03-2015 | SUBSEQUENT PAYMENT LEVY | | 176.81 | |
| 08-11-2015 | SUBSEQUENT PAYMENT LEVY | | 98.71 | |
| 08-17-2015 | SUBSEQUENT PAYMENT LEVY | | 176.80 | |
| 08-24-2015 | SUBSEQUENT PAYMENT LEVY | | 344.44 | |

FORM 4340  (REV. 01-2002)                    PAGE    5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR                EIN/SSN: ▮▮▮▮▮▮▮
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC  2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|--------------------------------------|-----------------------------|-----------------|
| 08-31-2015 | SUBSEQUENT PAYMENT<br>LEVY | | 176.80 | |
| 09-08-2015 | SUBSEQUENT PAYMENT<br>LEVY | | 176.81 | |
| 09-15-2015 | SUBSEQUENT PAYMENT<br>LEVY | | 98.71 | |
| 09-21-2015 | SUBSEQUENT PAYMENT<br>LEVY | | 175.82 | |
| 09-30-2015 | SUBSEQUENT PAYMENT<br>UNDESIGNATED BANKRUPTCY | | 137.76 | |
| 10-14-2015 | SUBSEQUENT PAYMENT<br>LEVY | | 176.81 | |
| 10-19-2015 | SUBSEQUENT PAYMENT<br>LEVY | | 176.80 | |
| 10-05-2015 | SUBSEQUENT PAYMENT<br>LEVY<br>1040      201212<br>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 | | 98.71 | |

FORM 4340  (REV. 01-2002)              PAGE     6

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR                 EIN/SSN: ███████████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041       TAX PERIOD: DEC  2013


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 10-28-2015 | SUBSEQUENT PAYMENT LEVY |  | 176.80 |  |
| 11-02-2015 | SUBSEQUENT PAYMENT LEVY |  | 293.94 |  |
| 11-09-2015 | SUBSEQUENT PAYMENT LEVY |  | 176.80 |  |
| 11-18-2015 | SUBSEQUENT PAYMENT LEVY |  | 176.81 |  |
| 11-23-2015 | SUBSEQUENT PAYMENT LEVY |  | 863.56 |  |
| 11-30-2015 | SUBSEQUENT PAYMENT LEVY |  | 264.65 |  |
| 12-07-2015 | SUBSEQUENT PAYMENT LEVY |  | 176.80 |  |
| 12-14-2015 | SUBSEQUENT PAYMENT LEVY |  | 440.36 |  |
| 12-31-2015 | SUBSEQUENT PAYMENT LEVY |  | 411.07 |  |

FORM 4340  (REV. 01-2002)                    PAGE    7

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR          EIN/SSN: ███████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC  2013


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 01-05-2016 | SUBSEQUENT PAYMENT LEVY | | 176.81 | |
| 01-27-2016 | SUBSEQUENT PAYMENT LEVY | | 127.65 | |
| 02-01-2016 | SUBSEQUENT PAYMENT LEVY | | 437.49 | |
| 02-08-2016 | SUBSEQUENT PAYMENT LEVY | | 495.15 | |
| 02-17-2016 | SUBSEQUENT PAYMENT LEVY | | 273.61 | |
| 02-22-2016 | SUBSEQUENT PAYMENT LEVY | | 939.69 | |
| 07-18-2016 | FEES AND COLLECTION COSTS | 1,240.00 | | |
| 04-26-2016 | SUBSEQUENT PAYMENT SEIZURE AND SALE | | 19,960.00 | |
| 04-26-2016 | DESIGNATED PAYMENT OF FEES/COSTS SEIZURE AND SALE | | 1,240.00 | |

FORM 4340  (REV. 01-2002)                    PAGE    8

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR               EIN/SSN: ███████
MINISTER LINDA A ALLEN BEY TTEE



TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041        TAX PERIOD: DEC  2013


                                         ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT        DATE
                                         (REVERSAL)      (REVERSAL)
-------------------------------------------------------------------------------

02-06-2017 INITIAL LEVY ISSUED

11-20-2017 CURRENTLY NOT COLLECTIBLE

11-17-2017 CURRENTLY NOT COLLECTIBLE

11-20-2017 CURRENTLY NOT COLLECTIBLE

06-09-2016 LEGAL/BANKRUPTCY
           PROCEEDING

06-09-2016 LEGAL/BANKRUPTCY
           PROCEEDING

06-09-2016 LEGAL/BANKRUPTCY
           PROCEEDING

11-13-2018 LEGAL/BANKRUPTCY
           PROCEEDING NO LONGER
           PENDING

12-11-2018

01-12-2019 THIRD PARTY CONTACT
           NOTIFICATION MADE BY
           COLLECTION

 FORM 4340  (REV. 01-2002)                      PAGE    9
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR                  EIN/SSN: ███████
MINISTER LINDA A ALLEN BEY TTEE



TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041       TAX PERIOD: DEC  2013


                                    ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT        DATE
                                    (REVERSAL)      (REVERSAL)
-----------------------------------------------------------------------------

03-15-2019 SUBSEQUENT PAYMENT                         490.01
           LEVY

03-29-2019 SUBSEQUENT PAYMENT                         505.43
           LEVY

04-05-2019 SUBSEQUENT PAYMENT                         576.75
           LEVY

04-08-2019 SUBSEQUENT PAYMENT                          76.19
           LEVY

04-15-2019 SUBSEQUENT PAYMENT                         534.27
           LEVY

04-22-2019 SUBSEQUENT PAYMENT                         559.83
           LEVY

04-29-2019 SUBSEQUENT PAYMENT                         375.64
           LEVY

05-06-2019 SUBSEQUENT PAYMENT                         335.35
           LEVY

05-15-2019 SUBSEQUENT PAYMENT                         201.53
           LEVY

 FORM 4340  (REV. 01-2002)                  PAGE    10
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR                EIN/SSN: ███████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC  2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 05-17-2019 | SUBSEQUENT PAYMENT LEVY | | 319.80 | |
| 05-24-2019 | SUBSEQUENT PAYMENT LEVY | | 85.43 | |
| 05-24-2019 | SUBSEQUENT PAYMENT LEVY | | 391.13 | |
| 06-03-2019 | SUBSEQUENT PAYMENT LEVY | | 348.41 | |
| 06-10-2019 | SUBSEQUENT PAYMENT LEVY | | 85.42 | |
| 06-14-2019 | SUBSEQUENT PAYMENT LEVY | | 334.90 | |
| 06-24-2019 | SUBSEQUENT PAYMENT LEVY | | 64.73 | |
| 06-26-2019 | SUBSEQUENT PAYMENT LEVY | | 136.98 | |
| 06-28-2019 | SUBSEQUENT PAYMENT LEVY | | 136.98 | |

FORM 4340  (REV. 01-2002)                   PAGE   11

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR                    EIN/SSN: ▮▮▮▮▮▮▮
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041        TAX PERIOD: DEC  2013


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|--------------------------------------|-----------------------------|-----------------|
| 07-08-2019 | SUBSEQUENT PAYMENT LEVY | | 50.81 | |
| 07-24-2019 | SUBSEQUENT PAYMENT LEVY | | 80.81 | |
| 07-26-2019 | SUBSEQUENT PAYMENT LEVY | | 616.97 | |
| 08-05-2019 | SUBSEQUENT PAYMENT LEVY | | 553.45 | |
| 08-12-2019 | SUBSEQUENT PAYMENT LEVY | | 80.81 | |
| 08-26-2019 | SUBSEQUENT PAYMENT LEVY | | 50.31 | |
| 08-26-2019 | SUBSEQUENT PAYMENT LEVY | | 375.72 | |
| 08-26-2019 | SUBSEQUENT PAYMENT LEVY | | 83.12 | |
| 09-13-2019 | SUBSEQUENT PAYMENT LEVY | | 80.81 | |

FORM 4340  (REV. 01-2002)                      PAGE    12

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR            EIN/SSN: ▮▮▮▮▮▮▮
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041        TAX PERIOD: DEC   2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|--------------------------------------|------------------------------|------------------|
| 09-23-2019 | SUBSEQUENT PAYMENT LEVY | | 226.28 | |
| 09-25-2019 | SUBSEQUENT PAYMENT LEVY | | 78.50 | |
| 09-27-2019 | SUBSEQUENT PAYMENT LEVY | | 170.26 | |
| 10-07-2019 | SUBSEQUENT PAYMENT LEVY | | 73.88 | |
| 10-21-2019 | SUBSEQUENT PAYMENT LEVY | | 226.27 | |
| 10-25-2019 | SUBSEQUENT PAYMENT LEVY | | 253.39 | |
| 09-17-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 11-18-2019 | SUBSEQUENT PAYMENT LEVY | | 80.81 | |

FORM 4340  (REV. 01-2002)                    PAGE   13

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR                EIN/SSN: ▮▮▮▮▮▮
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041       TAX PERIOD: DEC   2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 06-09-2016 | LEGAL/BANKRUPTCY PROCEEDING | | | |
| 12-02-2019 | SUBSEQUENT PAYMENT LEVY | | 85.43 | |
| 12-04-2019 | SUBSEQUENT PAYMENT LEVY | | 123.74 | |
| 12-05-2019 | CORRECTION OF LEGAL/ BANKRUPTCY PROCEEDING CODE POSTED IN ERROR | | | |
| 12-11-2019 | SUBSEQUENT PAYMENT LEVY | | 166.42 | |
| 12-18-2019 | SUBSEQUENT PAYMENT LEVY | | 220.85 | |
| 01-10-2020 | COLLECTION STATUTE EXTENSION TO 02-03-2025 | | | |
| 01-06-2020 | SUBSEQUENT PAYMENT LEVY | | 222.42 | |

FORM 4340  (REV. 01-2002)                    PAGE   14

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR                    EIN/SSN: ▉▉▉▉▉▉▉
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041       TAX PERIOD: DEC   2013


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 01-13-2020 | SUBSEQUENT PAYMENT LEVY | | 73.88 | |
| 01-17-2020 | SUBSEQUENT PAYMENT LEVY | | 80.81 | |
| 01-24-2020 | SUBSEQUENT PAYMENT LEVY | | 78.50 | |
| 01-27-2020 | SUBSEQUENT PAYMENT LEVY | | 246.34 | |
| 03-02-2020 | FEES AND COLLECTION COSTS | 3,005.82 | | |
| 11-20-2019 | SUBSEQUENT PAYMENT SEIZURE AND SALE | | 6,989.18 | |
| 01-31-2020 | SUBSEQUENT PAYMENT LEVY | | 190.34 | |
| 11-20-2019 | DESIGNATED PAYMENT OF FEES/COSTS SEIZURE AND SALE | | 3,005.82 | |
| 02-13-2020 | SUBSEQUENT PAYMENT LEVY | | 78.50 | |

FORM 4340  (REV. 01-2002)                    PAGE    15

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR                EIN/SSN: ███████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC   2013


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 02-24-2020 | SUBSEQUENT PAYMENT LEVY | | 228.84 | |
| 02-28-2020 | SUBSEQUENT PAYMENT LEVY | | 251.35 | |
| 03-11-2020 | SUBSEQUENT PAYMENT LEVY | | 80.81 | |
| 03-25-2020 | LEGAL SUIT PENDING | | | |
| 07-07-2020 | SUBSEQUENT PAYMENT LEVY | | 460.50 | |
| 08-05-2020 | SUBSEQUENT PAYMENT LEVY | | 166.24 | |
| 08-12-2020 | SUBSEQUENT PAYMENT LEVY | | 85.42 | |
| 09-16-2020 | SUBSEQUENT PAYMENT LEVY | | 80.81 | |
| 08-26-2020 | SUBSEQUENT PAYMENT LEVY | | 83.12 | |

FORM 4340  (REV. 01-2002)                PAGE   16

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR          EIN/SSN: ▮▮▮▮▮▮▮▮▮
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041     TAX PERIOD: DEC  2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 10-14-2020 | SUBSEQUENT PAYMENT<br>LEVY | | 69.26 | |
| 10-28-2020 | SUBSEQUENT PAYMENT<br>LEVY | | 69.26 | |
| 11-13-2020 | SUBSEQUENT PAYMENT<br>LEVY | | 69.26 | |
| 12-09-2020 | SUBSEQUENT PAYMENT<br>UNDESIGNATED BANKRUPTCY | | 102.18 | |
| 12-23-2020 | SUBSEQUENT PAYMENT<br>LEVY | | 69.26 | |
| 01-13-2021 | SUBSEQUENT PAYMENT<br>LEVY | | 69.26 | |
| 01-27-2021 | SUBSEQUENT PAYMENT<br>LEVY | | 69.26 | |
| 02-10-2021 | SUBSEQUENT PAYMENT<br>LEVY | | 69.26 | |
| 02-24-2021 | SUBSEQUENT PAYMENT<br>LEVY | | 69.26 | |

FORM 4340  (REV. 01-2002)                    PAGE    17

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR            EIN/SSN: █████████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041       TAX PERIOD: DEC   2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|------------------|------------------|------------|
| 03-12-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 03-24-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 04-14-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 04-28-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 05-12-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 05-14-2021 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 05-26-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 06-15-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |

FORM 4340  (REV. 01-2002)                 PAGE    18

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR          EIN/SSN: ███████████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC   2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 06-30-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 07-21-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 08-04-2021 | SUBSEQUENT PAYMENT UNDESIGNATED BANKRUPTCY | | 29.26 | |
| 08-18-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 08-25-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 09-08-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 10-06-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 10-15-2021 | SUBSEQUENT PAYMENT LEVY | | 39.25 | |
| 11-17-2021 | SUBSEQUENT PAYMENT LEVY | | 76.19 | |

FORM 4340  (REV. 01-2002)                    PAGE    19

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR           EIN/SSN: ▇▇▇▇▇▇▇
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC  2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 11-26-2021 | SUBSEQUENT PAYMENT LEVY |  | 39.25 |  |
| 12-08-2021 | SUBSEQUENT PAYMENT LEVY |  | 38.10 |  |
| 12-29-2021 | SUBSEQUENT PAYMENT LEVY |  | 9.26 |  |
| 01-12-2022 | SUBSEQUENT PAYMENT LEVY |  | 76.19 |  |
| 01-26-2022 | SUBSEQUENT PAYMENT LEVY |  | 38.10 |  |
| 02-09-2022 | SUBSEQUENT PAYMENT LEVY |  | 39.25 |  |
| 03-02-2022 | SUBSEQUENT PAYMENT LEVY |  | 44.40 |  |
| 03-09-2022 | SUBSEQUENT PAYMENT LEVY |  | 46.19 |  |
| 03-30-2022 | SUBSEQUENT PAYMENT LEVY |  | 46.11 |  |

FORM 4340  (REV. 01-2002)                    PAGE   20

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR          EIN/SSN: ███████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041        TAX PERIOD: DEC  2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|---------------------|-------------|------------|
| 04-13-2022 | SUBSEQUENT PAYMENT LEVY | | 36.18 | |
| 04-27-2022 | SUBSEQUENT PAYMENT LEVY | | 51.12 | |
| 05-13-2022 | SUBSEQUENT PAYMENT LEVY | | 46.19 | |
| 05-23-2022 | SUBSEQUENT PAYMENT LEVY | | 46.19 | |
| 05-16-2022 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 06-08-2022 | SUBSEQUENT PAYMENT LEVY | | 46.19 | |
| 07-01-2022 | SUBSEQUENT PAYMENT LEVY | | 36.19 | |
| 07-25-2022 | SUBSEQUENT PAYMENT LEVY | | 54.38 | |

FORM 4340  (REV. 01-2002)                PAGE   21

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR            EIN/SSN: ████████
MINISTER LINDA A ALLEN BEY TTEE



TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC  2013


                                       ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS     CREDIT        DATE
                                       (REVERSAL)       (REVERSAL)
--------------------------------------------------------------------------------

04-05-2023 THIRD PARTY CONTACT
           NOTIFICATION MADE BY
           COLLECTION

01-29-2024 SUBSEQUENT PAYMENT                              47.15
           LEVY

02-14-2024 THIRD PARTY CONTACT
           NOTIFICATION MADE BY
           COLLECTION

03-15-2024 NOTICE OF FEDERAL TAX
           LIEN FILED

04-08-2024 FEES AND COLLECTION COSTS        360.00

02-03-2015 Statutory Notice of Balance Due

01-28-2019 Statutory Notice of Intent to Levy

01-06-2020 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                 PAGE   22
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR              EIN/SSN: ███████████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041       TAX PERIOD: DEC  2013
------------------------------------------------------------------------

BALANCE        289,163.14
------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Collett Watkins_

PRINT NAME:_____Collett Watkins_____

TITLE:____Accounting Operation Manager, Ogden W&I Submission Processing___

DELEGATION ORDER:____WI-11-5_____

LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 12/11/2024

FORM 4340  (REV. 01-2002)               PAGE    23