# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | Case No. 1:25-cv-118 |
| v. | District Judge Paul L. Maloney |
| LINDA A. ALLEN, in her Individual Capacity and as Trustee of the GOLDEN ASSETS SETTLEMENT TRUST; BERRIEN COUNTY, MICHIGAN; ST. JOSEPH CHARTER TOWNSHIP, BERRIEN COUNTY, MICHIGAN | Magistrate Judge Phillip J. Green |
| *Defendants.* | |

### DECLARATION OF IRS REVENUE OFFICER DAVID KUBIK

I, David Kubik, pursuant to 28 U.S.C. § 1746, declare and state:

1. I am employed as a Revenue Officer with the Internal Revenue Service ("IRS") Civil Enforcement Advice & Support Operations Division. My post of duty is in Pittsburgh, Pennsylvania.

2. I make this declaration in connection with the United States' motion for a default judgment against Golden Assets Settlement Trust ("the Trust").

3. In my capacity as a Revenue Officer, my responsibilities include collecting unpaid federal taxes as well as reviewing IRS records and verifying information with respect to taxpayers' federal accounts. As part of my regular duties, I am asked by the Department of Justice to access and review IRS records. The IRS records that I review are created at or near the time of the act or events described by the records and are prepared by someone with knowledge of the acts or events. It is the regular practice of the IRS to create and preserve such records.

4. As the Revenue Officer assigned to the assist the Department of Justice in

1

litigation regarding the taxes and penalties set forth in this case, I have access to certain computer records of the Internal Revenue Service concerning the federal income tax liabilities of Golden Assets Settlement Trust ("the Trust") for the tax period ending on December 31, 2013. I have conducted a search of the Internal Revenue Service records within my custody and control and such records reflect those taxes, taking into account any appropriate credits, payments, and abatements. The statements I make below are based off my review of these records.

5.   On February 3, 2015, a delegate of the Secretary of the Treasury made an assessment for income taxes and accuracy-related penalties against the Trust in the amount of $422,606.96 for the tax period ending on December 31, 2013.

6.   On or about February 13, 2016, the IRS gave the Trust notice of the assessments and made demands for payment.

7.   In this case, I have been asked by the Department of Justice to provide balance information for the income tax liabilities of the Trust.

8.   After confirming the assessment described in ¶ 5, I used the command code INTST to compute the unpaid balance of those assessments, plus assessed and accrued interest through March 9, 2026, for the tax liability outstanding from the tax period ending on December 31, 2013. Interest at the applicable quarterly rate is compounded daily in accordance with sections 6621 and 6622 of the Internal Revenue Code (26 U.S.C.). Attached to this declaration as Exhibit 3 is a true and accurate copy of a Payoff Calculation based on an INTST transcript, which shows the balances of the unpaid tax assessments described above, as of March 9, 2026. Statutory additions continue to accrue from and after March 9, 2026, including interest pursuant to 26 U.S.C §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c).

9.   The unpaid balance of the assessment, described in ¶ 8, amounts to $569,802.38,

including interest and statutory additions accrued through March 9, 2026, plus interest and statutory additions thereafter as provided by law.

10. The information set forth on the INST transcript is regularly and routinely made, and is maintained, updated, and kept by the IRS as a part of its ordinary business activities. The information is stored on the IRS' computer database known as the Integrated Data Retrieval System ("IDRS").

11. The Trust has refused and/or neglected to pay the tax liability described in ¶ 5.

12. As of March 9, 2026, the liability described herein has not been paid or otherwise satisfied.

Under 28 US.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March __11__, 2026, in Pittsburgh, Pennsylvania.

_____
DAVID L. KUBIK
Revenue Officer
Internal Revenue Service