# EXHIBIT 3

**PAYOFF CALCULATOR**

Calculation Results Based on INTST

| MFT | Tax Period | Assessed Tax/Penalty | 03/09/2026 Target Date | | | 04/08/2026 Target Date + 30 Days | | | IDRS Hold Conditions |
|---|---|---|---|---|---|---|---|---|---|
| | | | Total FTP | Total Interest | Balance | Total FTP | Total Interest | Balance | |
| 05 | 201312 | 282,450.40 | 58,920.47 | 228,431.51 | 569,802.38 | 58,920.47 | 231,266.43 | 572,637.30 | |