IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>    v.<br><br>LINDA A. ALLEN, in her Individual Capacity and as Trustee of the GOLDEN ASSETS SETTLEMENT TRUST;<br>BERRIEN COUNTY, MICHIGAN;<br>ST. JOSEPH CHARTER TOWNSHIP, BERRIEN COUNTY, MICHIGAN<br><br>    *Defendants.* | Case No. 1:25-cv-118<br><br>District Judge Paul L. Maloney<br><br>Magistrate Judge Phillip J. Green |

### DEFAULT JUDGMENT AGAINST DEFENDANT LINDA A. ALLEN IN HER CAPACITY AS TRUSTEE OF GOLDEN ASSETS SETTLEMENT TRUST

Upon consideration of Plaintiff United States of America's Motion for Default Judgment against Defendant Linda A. Allen, as Trustee of the Golden Assets Settlement Trust, judgment is entered as follows:

1. Judgment is entered in favor of the United States of America and against the defendant Linda A. Allen, as Trustee of Golden Assets Settlement Trust, for income tax, penalty, and interest for the period ending December 31, 2013 in the amount of $569,802.38, plus statutory additions accruing from and after March 9, 2026, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c);

2. Judgment is entered in favor of the United States of America and against the defendant Linda A. Allen, as Trustee of Golden Assets Settlement Trust, determining that the United States has valid and subsisting federal tax liens under 26 U.S.C. §§ 6321 and 6322 securing the liability described above against the real property at 1619 Lyola Court, Benton

Harbor, MI 49022 ("the Property"), which has a legal description as follows:

> Lot 18, East & Grams Subdivision, according to the recorded plat thereof, as recorded in Liber 11 of Plats, page 59, Berrien County records. Tax Parcel No. 11-18-1900-0018-00-5. Subject to easements, reservations, restrictions and limitations of record, if any.

3.      Judgment is entered in favor of the United States of America and against the defendant Linda A. Allen, as Trustee of Golden Assets Settlement Trust, that the United States may enforce the federal tax liens securing the liabilities described above pursuant to 26 U.S.C. § 7403 against the Property, by ordering the sale of the entire Property in a judicial sale (including by a receiver if requested by the United States), free and clear of all rights, titles, claims, liens, and interests of the Trust, and with the Trust having no interest in the sale proceeds.

BY THE COURT:

_____
HONORABLE PAUL L. MALONEY
*Judge, United States District Court*