IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

   *Plaintiff,*

   v.

LINDA A. ALLEN, in her Individual Capacity
  and as Trustee of the GOLDEN ASSETS
  SETTLEMENT TRUST;
BERRIEN COUNTY, MICHIGAN;
ST. JOSEPH CHARTER TOWNSHIP,
  BERRIEN COUNTY, MICHIGAN

   *Defendants.*

Case No. 1:25-cv-118

District Judge Paul L. Maloney

Magistrate Judge Phillip J. Green

**DEFENDANT UNITED STATES' OPPOSED MOTION
FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

Defendant United States of America hereby respectfully requests that this Court extend the parties' deadline to file dispositive motions by two weeks, from Thursday, April 30, 2026 until Thursday, May 13, 2026. On April 29, 2026, counsel for the United States conferred with Defendant Linda A. Allen, who is pro se, in accordance with L.R. 7.1(d)(ii)(A), and Defendant stated that she would oppose all of Plaintiff's motions moving forward.

This is the first motion that the United States has made to extend the dispositive motions deadline, and the United States' third motion overall to extend time or continue a hearing in the above-captioned case.

**BACKGROUND**

On July 14, 2025, Magistrate Judge Green entered a case management order establishing a fact discovery deadline of January 9, 2026, and a dispositive motions deadline of April 30, 2026. ECF 31. A lapse of federal appropriations triggered a government shutdown on October 1, 2025. The shutdown lasted until the evening of November 12, 2025, at which point funding was

1

restored to the federal government. During the shutdown, Department of Justice attorneys were prohibited from working, even on a voluntary basis, except in limited circumstances. Subsequently, on December 5, 2025, the United States moved for an unopposed extension of time to complete discovery in light of the government shutdown caused by the lapse in appropriations. ECF 38. The Court granted this order on December 9, 2025. ECF 41.

Since that time, the United States has taken discovery, had an early settlement conference with Linda A. Allen and Magistrate Judge Green, and moved for default judgment against Golden Assets Settlement Trust. ECF 39, 40, 51, 52.

## ARGUMENT

Court mays, for good cause, extend the time that parties have to take certain actions before the time expires "with or without motion or notice if the court acts, or if a request is made." Fed. R. Civ. P. 6(b)(1)(A).

Counsel for the United States has been working diligently to prepare a summary judgment motion, has a completed draft of the motion, and intends to file said motion soon. However, the press of competing work has prevented undersigned counsel from finalizing the motion in time to file by the dispositive motions deadline. Accordingly, the United States seeks an additional 14 days to file the United States' summary judgment motion. The United States will not seek any further extensions of time of the dispositive motions deadline.

## CONCLUSION

For the above reasons, the United States requests a two-week extension of time, until Thursday, May 13, 2026, for the parties to submit dispositive motions.

Respectfully submitted,

2

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

/s/ Danielle E. Sumner
DANIELLE SUMNER
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044-0055
202-307-6588 (v)
202-514-5238 (f)
Danielle.Sumner@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF. I also caused a copy of the foregoing document to be sent via electronic mail to Defendant at her address Ms. Allen at her address allenlinda182@gmail.com. Additionally, I caused a copy of the foregoing document to be mailed by first-class mail, postage paid, to Ms. Allen at the below address:

Linda A. Allen
1619 Lyola Court
Benton Harbor, MI 49022

/s/ Danielle E. Sumner
DANIELLE E. SUMNER
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice

4