IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

LINDA A. ALLEN, in her Individual Capacity
    and as Trustee of the GOLDEN ASSETS
    SETTLEMENT TRUST;
BERRIEN COUNTY, MICHIGAN;
ST. JOSEPH CHARTER TOWNSHIP,
    BERRIEN COUNTY, MICHIGAN

Defendants.

Case No. 1:25-cv-118

District Judge Paul L. Maloney

Magistrate Judge Phillip J. Green

**ORDER GRANTING OPPOSED MOTION FOR EXTENSION OF TIME
TO FILE DISPOSITIVE MOTION**

This case came on for consideration, without hearing, of the Opposed *Motion for Extension of Time to File Dispositive Motions* ("the Motion") (ECF 53), and the Court having considered the Motion and the record, it is hereby ORDERED that:

1.    The Motion is GRANTED.

2.    The dispositive motions deadline in the above-captioned case is extended two weeks, until Thursday, May 13, 2026.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2026.

_____
The Honorable Paul L. Maloney
United States District Judge

1