IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      *Plaintiff,*

      v.

    LINDA A. ALLEN, in her Individual
Capacity and as Trustee of the GOLDEN ASSETS
SETTLEMENT TRUST;
     BERRIEN COUNTY, MICHIGAN;
     ST. JOSEPH CHARTER TOWNSHIP,
BERRIEN COUNTY, MICHIGAN

      *Defendants.*

Case No. 1:25-cv-118

District Judge Paul L. Maloney

Magistrate Judge Phillip J. Green

**PLAINTIFF UNITED STATES' MOTION FOR  SUMMARY JUDGMENT AGAINST
DEFENDANT  LINDA A. ALLEN IN HER INDIVIDUAL CAPACITY**

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, Plaintiff United States of America moves this Court for summary judgment in favor of the United States and against Defendant Linda A. Allen in her individual capacity. In so moving, the United States seeks the following relief:

A.     A determination that Linda A. Allen is the alter ego of Golden Assets Settlement Trust, and is therefore obligated to pay the tax liabilities of Golden Assets Settlement Trust;

B.     Judgment in favor of the United States and against the defendant Linda A. Allen, in her individual capacity, for income tax, penalty, and interest for the period ending December 31, 2013, in the amount of $569,802.38 as of March 9, 2026, plus such additional amounts as may continue to accrue as provided by law from and after that date pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and 1961(c).

Because there is no genuine dispute of material fact to be had on either score, the United States is entitled to judgment as a matter of law on Count II of its Complaint. A memorandum of

1

law with a statement of facts and exhibits is attached hereto.

Local Rule 7.1(a)(1) requires movants to determine whether relief sought by motion will be opposed. On April 29, 2026, counsel for the United States and pro se defendant Linda A. Allen conferred regarding this motion. Defendant stated that she does not consent to the relief sought in this motion.

WHEREFORE, Plaintiff United States of America respectfully moves for the entry of judgment as a matter of law in its favor upon the aforementioned counts.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

Local Counsel:                                    /s/ Danielle E. Sumner

Timothy VerHey                                 DANIELLE E. SUMNER
United States Attorney                        Trial Attorney, Tax Litigation Branch
                                                          Civil Division, U.S. Department of Justice
                                                          P.O. Box 55
                                                          Washington, D.C.  20044-0055
                                                          202-514-6508 (v) / 202-514-5238 (f)

Danielle.Sumner@usdoj.gov