# EXHIBIT 2

**RECEIVED - GR**

January 16, 2026 12:49 PM
CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MS   1/16

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MICHIGAN

**United States of America**
**Plaintiff**

**Case No. 1:25-cv-00118-PLM**

v.

**Hon. Paul L. Maloney**

**Magistrate Judge Phillip J.Green**

**Linda Allen in her individual capacity**
**and as trustee of the Golden Assets Settlement Trust,**
 **Defendant**

_____/

### RESPONSE TO INTERROGATORIES

A 1041 tax for was filed on the behalf of the trust by an ex mutual friend of a friend who lives in South Caroline. Again I met these people in our international indigenous society group that I was associated with, I don't know their birth giving names because they no longer associated themselves with the names they were giving at birth when I met them and joined the group. They all had free national name changes sister Queen Ali was the name of the ex- mutual friend and brother Tai Muhammad was the tax preparer who filed the 1041tax form. I have had no communication with the international indigenous society group nor ex-mutual friend in over a decade.

 Again I no longer associate myself with none of the people that's part of the international indigenous society group, I have not had  any contact nor have I spoken to any of these people since 2014 over a decade ago. The tax form 1041 **was not** personally filed by me, I had no knowledge what the tax return claimed or no knowledge what was reported for withholdings. I have had no communication with the international indigenous society group nor ex-mutual friend in over a decade.

An 1041tax return form that was prepared on the behalf of the trust, I have no knowledge

on what was reported for withholdings nor do I understand the 1041 tax form. Some purchases were made in 2014 including a home and two vehicles.

I was contacted via a revenue officer I believe in early 2015 and that's when I became aware that golden assets settlement trust was not entitled to the tax return. The revenue officer stated the trust was an alter ego trust. I have had no communication with the international indigenous society group nor ex-mutual friend in over a decade.

In 2015 levies, garnishments, and seizers started via internal revenue officer both vehicles has been seized one in 2016 and the second vehicle around 2019.

An 1041 tax return form that was prepared on the behalf of the trust, I have no knowledge on what was reported for withholdings nor do I understand on how to fill out a 1041 tax form. I have had no communication with the international indigenous society group nor ex-mutual friend in over a decade.

Again I trusted the wrong people and was misinformed and giving inaccurate information on how to fund a trust via a 1041 tax form. I was told that there is a special fund account via birth certificate and social security number account set-aside on our behalf from the government. There's no communication to produce because I have not spoken to nor have I been in contact with no one in the international indigenous society group.

**HOWEVER,** this complaint is about a tax liabilities in reference to Linda Allen. Unfortunately due to some medical issues that have taken place in my life at this time I am not able to pay the tax liabilities that's due at this time, I am not working. My only source of income is social security disability, and currently I'm under a hardship via IRS non collectible status.

**WHEREFORE**, I Linda Allen request the following relief:

in favor of the defendant Linda Allen by dismissing this case

against the defendant by the plaintiff United States of America since this complaint is

about collecting a tax debt and due to financial circumstances, I'm currently financially

not able to pay at this present time.

Dated 01/09/2025                         *Linda Allen-Bey*

## CERTIFICATE OF SERVICE

I, Linda Ann Allen-Bey herby certify that I am of such age and discretion as to be competent to serve papers. I further certify that I caused a copy of the of Response to plaintiff's Interrogatories and request for documents to be mailed to Danielle E. Sumner via first class mail to the address listed below.

Danielle E. Sumner
Trail Attorney, Tax Division
 U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044-0055

Date: 01/09/2026                         By; _Linda Allen - Bey_____
                                                    Linda Ann Allen-Bey

Linda Allen Bey
1619 Lyola Ct.
Benton Harbor, MI 49022

United S
399 feder
110 Mich
Grand Rap

 

**Retail**

UNITED STATES
POSTAL SERVICE®

49503

**RDC 99**

U.S. POSTAGE PAID
FCM LG ENV
BENTON HARBOR, MI 49022
JAN 13, 2026

**$1.90**

S2323Y500620-05

ates District Court Western District of Michigan

l Bldg

gan St. NW

ds, MI 49503