# EXHIBIT 3

Prepared by Linda C. Allen Bey

Recording Requested By
And when recorded send to:
GOLDEN ASSETS SETTLEMENT TRUST
c/o Office of the Administrator of Trust
PO Box 8990
Benton Harbor, Michigan 49023



Rec      $19.00
Remon  $4.00
Tax Crt  $0.00

Lori D. Jarvis Register Of Deeds
Berrien County, Michigan
Recorded
NOVEMBER 26, 2013  01:39:05 PM
Liber 3057   Page 3470 - 3473
Receipt # 209678   DECLAR TR #2013072810

**Liber 3057 Page 3470**



MEMORANDUM *of* TRUST ESTABLISH
*for*

# -GOLDEN ASSETS SETTLEMENT TRUST-
*(a private Irrevocable Unincorporated "Common-law" Business Trust Organization)*

To all to whom these presents shall come or be made known, that this Memorandum of Trust establish for the Golden Assets Settlement Trust *(the "TRUST")* shall be considered an actual and constructive notice executed and recording as the TRUST, as evidence of the existence of the foregoing Declaration of Trust under Agreement. Any persons may rely upon this Memorandum of Trust as evidence of the existence of said Declaration of Trust under Agreement, and is relieved of any obligation to verify that any transaction entered into by a Trustee(s) thereunder is consistent with the terms and conditions of the said Declaration of Trust under Agreement.

## *KNOW THAT:*

**LINDA ANN ALLEN, Capital**
*(A Sole Proprietorship, hereinafter called the Grantor' Trustor  Creator  Settlor)*
[Registered No: 121-66-0065909]
**c/o Office of the Registrar, County of Berrien**
**Administration Center, 701 Main Street**
**ST. Joseph, Michigan 49085**
*(Its Registered Agent & Office Address)*

## *HEREINAFTER THE GRANTOR:*

Has created a private Irrevocable Unincorporated *"Common-Law"* Business Trust Organization known as the:

**GOLDEN ASSETS SETTLEMENT TRUST**
*(a non-domestic entity with a beneficial owner elected to be disregarded as a separate entity)*
Its Trust Deed *(Instrument)* was executed January 1st 2013

## *WHEREAS APPOINTING:*

**Minister Linda A. Allen Bey, Trustee**
**c/o Office of the Administrator of Trust**
**PO Box 8990**
**Benton Harbor, Michigan uSA**
*(A Corporation Sole)*
&
**The Linda Ann Allen Family Estate, its Beneficiary**

**NOW, THEREFORE,** In consideration of the covenants contained within the Declaration of Trust under Agreement created thereunder and may be referred to by the name "GOLDEN ASSETS SETTLEMENT TRUST" the receipt and sufficiency of which hereby acknowledged, whereas the Grantor hereby irrevocably transferred, conveyed, assigned and delivered to Trustee(s) assets more particularly described in the attached hereto Schedules and made a part hereof or UCC Financing Statement  that may be attached thereto and incorporated hereafter, to hold the same, and any other property which the Trustee(s) hereinafter may acquire, in TRUST, for the purpose or purposes upon the terms and conditions thereunder as set forth in the Declaration of Trust under Agreement, with or without specifying any change in Trustee(s). This Memorandum shall continue in full force and perpetuity, with the help of God until otherwise terminated.

*IN WITNESS WHEREOF,* the GRANTOR has duly executed this Memorandum of Trust and hereunto set his/ her hand and Seal

Done this  1st  day of  January , 2013          By: *Linda Ann Allen*
                                              LINDA ANN ALLEN, Capital  *(Grantor)*

## CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC

In the united States of America  )
Berrien County, MI    } *SS.*:
*Land of North America*          )

On this date the undersigned named above, personally appeared before me and acknowledged to me on the basis of satisfactory evidence that [he/ she/ they] executed the same in [his/ her/ their] stated or authorized capacity(ies), and that by [his/ her/ their] signature(s) on this instrument the person(s), or entity upon behalf of  which the person(s) signed is a free and voluntary act and deed for the uses and purposes therein mentioned.

DATE: 01/01/2013  By: *Annie E Lenzy* , Notary Public

My Commission Expires: October 30, 2017



ANNIE E LENZY
Notary Public, State of Michigan
County of Berrien
My Commission Expires Oct. 30, 2017
Acting in the County of Berrien



*6-Declaration of Trust establish for the Golden Assets Settlement Trust*

Page: 3471   Liber/Page Stamp electronically added

# -GOLDEN ASSETS SETTLEMENT TRUST- *(con't)*

## SCHEDULE A

## PROPERTY PLACED IN TRUST
### (REAL & OTHER PERSONAL PROPERTY)

*(I)*     *Accounts:* All accounts, social security accounts, master accounts, escrow accounts, securities account, margin accounts, asset accounts, demand deposit accounts, saving accounts, custodial accounts, account payable, closed accounts, accounts of trust, account receivables, and or other receivables which is maintained at any bank, financial and or depository institution, leases and lease payments, contract rights, chattel paper, instruments and documents, items in the process of collection and their proceeds, security entitlements, and notes; any other obligations or indebtedness owed to **Grantor(s)** from whatever source arising; all rights of **Grantor(s)** to receive any performance or any payments in money, securities, or kind; all guaranties of the foregoing and insurance policies and proceeds relating thereto, or all rights of **Grantor(s)** as an unpaid seller of goods and services, including, but not limited to, the rights to stoppage in transit, replevin, reclamation, and resale; and all of the foregoing whether now owned or existing or hereafter created or acquired or arising.

*(II)*     *Inventory:* All inventory including without limitation all goods, merchandise, raw materials, goods in process, finished goods, findings or component materials, and all supplies, incidentals, goods, offices supplies, software, packaging materials, and any and all goods or items used or consumed in the operation of the business of **Grantor(s)** or which contribute to the finished products or to the sale, promotion and shipment thereof, without exception now owned or hereafter acquired by **Grantor(s)** and held for sale, lease or resale or furnished or to be furnished under contracts of service, or used or consumed in **Grantor(s)** business and all documents of title evidencing any part of any of the foregoing accounts, contract rights, security agreements, court cases/accounts, notes, drafts, acceptances, banker acceptance, promissory notes, negotiable instruments, instruments and chattel paper, all returned or repossessed goods arising from or relating to any contract rights, accounts or other sale or disposition of inventory all wherever located; as well as products, accessions and all cash and non-cash proceeds, immediate or remote, of any sale or other disposition of any of the foregoing.

*(III)*     *Equipment:* All now owned or hereafter acquired equipment, parts, computers, including hardware and software, machinery, furnishing, fixtures, tools, aircraft, vessels and vehicles of every kind and description, all parts and accessories for and relating to all of the foregoing and all additions and accessions to, replacements of, insurance or condemnation proceeds of, and documents covering all of the foregoing, all property received wholly or partly in trade or exchange for all of the foregoing, and all rents, revenue, issues, profits, accessions; proceeds, arising from the sale, lease, rent, license, encumbrance, collection, use or any other temporary or permanent disposition of, all of the foregoing or any interest therein.

*(IV)*     *General Intangible and Other Property:* All chose in action and cause of action, general intangibles and all other intangible personal or intellectual property of **Grantor(s)** of every kind and nature now owned or hereafter acquired by **Grantor(s)** or arising, including, without limitation, corporate or other business records, all books, ledger, books of accounts, records, royalties, symboles, commercial energy, writings, signatures, endorsements, autographs, signature cards, affixed seals, authentications, data bases, information and other property of **Grantor(s)**, inventions, designs, blueprints, plans specification, patents, patent applications, service mark, trademarks, trade names including without limitation; any and all derivative therefrom, trade secrets, processes, formulas, goodwill, copyrights, registrations, licenses, franchises, tax refund claims, any swap, hedging or derivatives agreements, rights, insurance proceeds, pension and insurance surpluses, and any letter of credit, bonds, guarantee, fungible commodities, claims, security interest or other security held by or granted to **Grantor(s)** to secure payment by an account debtor of any of the accounts of **Grantor(s)**.

*(V)*     *Additional Rights and Entitlements:* All rights under all licenses, permits, lease, rents, deeds, warrants, contracts, governmental approvals, franchises, certificates of titles, applications for any of the foregoing, renewals, of any of the foregoing, and similar rights or privileges.

*(VI)*     *Dividends and Securities:* (i) All dividends, cash, securities, instruments and other property from time to time paid, payable or otherwise distributed to **Grantor(s)** in respect of or in exchange for any shares or other capital stock, or trust, partnership or limited liability company interest including without limitation; (ii) all investment property, trust certificates, certificated securities, certificate of stock, certificates of deposits, uncertificated securities, security entitlements, financial assets *(all as defined under UCC Article 8)*, CUSIP numbers, hedging contracts, options contract, and futures contract; (iii) any and all distributions made to **Grantor(s)** in resect of any such shares or capital stock splitts, or pursuant to a merger or consolidation or otherwise, or any substitute security issued to **Grantor(s)** upon conversion, reorganization or otherwise; and (iv) any and all other property herinafter delivered to **Grantor(s)** or the **TRUST** in substitution for or in addition to any of the foregoing including without limitation, all securities issued pursuant to any shareholder agreement, stock purchase agreement, partnership agreement, trust agreement or indenture, limited liability company operating agreement, stock purchase rights or other agreement to which **Grantor(s)** may now or hereafter be a party, all certificates and instruments representing or evidencing such property and all cash, securities, bonds, interest, dividends, rights, and other property at any time and from time to time received, receivable or otherwise distributed in respect of or in exchange for any or all thereof.

*(VII)*     *Property in Possession:* All **Grantor(s)** real estate or other personal property in possession of the **Golden Assets** Settlement Trust   Lot  54  PARKER Addition  of Benton Harbor

## -GOLDEN ASSETS SETTLEMENT TRUST- *(con't)*

### SCHEDULE B

## AFFIDAVIT OF OWNERSHIP *of* CERTIFICATE OF TITLE
*(BIRTH CERTIFICATE)*

### TITLE

## LINDA ANN ALLEN
(Exact name of registrant as specified in its certificate)

## 121-66-0065909
(Registrant File Number)

*(I)*    **WITH TRUST,** I **Linda A. Allen** *(hereinafter refer to as Registered Owner/ Entitlement Holder)*, a living aboriginal Native American woman, having life, liberty, personal or property rights all protected under Treaties and the Constitution establish for the united States of America known as the **"Supremacy Clause"** the supreme law of the land.

*(II)*    **WHEREAS,** I **Linda A. Allen,** Affiant herein to this Affidavit being duly sworn, declare and state that I am of full age of majority *"18"* and legally competent to have firsthand knowledge of the facts stated herein and believe these facts to be true and correct to the best of my knowledge.

*(III)*    **WHEREAS,** I **Linda A. Allen,** also depose and state that I am the Registered Owner of record and Entitlement holder, having a direct ownership equity and beneficial interest in the Certificate of Title *(Birth Certificate)* Registered No: 121-66-0065909 whose name *(title)* also appears on the face of the instrument as LINDA ANN ALLEN by reference of an Official Certificate of Live Birth *(Certificate of Title)*, a valid Trust Instrument recorded JUNE 30, 1966, and filed in the Office of Vital Records in the County of Berrien, State of Michigan, that further describes property of **The Linda Ann Allen Family Estate,** *(Cestui Que Trust)*. Said Certificate of Title also appears to be the same certificate held with **TRUST** in good faith for safekeeping by the State Registrar of Titles, State of Michigan *(Custodian of Records)*.

*(IV)*    **NOW, THEREFORE,** This *Affidavit of Ownership of Certificate of Title* made in good faith is an actual and constructive notice and that any person(s) may rely upon this Affidavit as evidence of ownership of said property and is relieved of any obligation to verify claim of rights and ownership. The Registrar of Titles shall treat Registered Owner/ Entitlement Holder *(Affiant herein)* as the one legally entitled to benefit from said property *(assets)* and the only one duly authorized to act, appoint, assign, conveyed, and/ or execute said Certificate of Title, and that no other parties are allowed without consent from Registered Owner/ Entitlement Holder. So help me God.

*IN WITNESS WHEREOF,* the Affiant *(Registered Owner/ Entitlement Holder)* has hereunto set his/ her hand and seal

Done this __1st__ day of __January__ , 2013       By: __Linda A. Allen__
                                                    Linda A. Allen, Registered Owner/ Entitlement Holder

### ACKNOWLEDGMENT OF NOTARY PUBLIC

*In the united States of America* )
                                   }   *SS.:*
*Land of North America*            )

On this date the undersigned named above, personally appeared before me and acknowledged to me on the basis of satisfactory evidence that [he/ she/ they] executed the same in [his/ her/ their] stated or authorized capacity(ies), and that by [his/ her/ their] signature(s) on this instrument the person(s), or entity upon behalf of which the person(s) signed is a free and voluntary act and deed for the uses and purposes therein mentioned.

*DATE:* __01/01/2013__ *By:* __Annie E Lenzy__ , *Notary Public*

*My Commission Expires:* __October 30, 2017__



**ANNIE E LENZY**
Notary Public, State of Michigan
County of Berrien
My Commission Expires Oct. 30, 2017
Acting in the County of __BERRIEN__

*8-Declaration of Trust establish for the Golden Assets Settlement Trust*

# -GOLDEN ASSETS SETTLEMENT TRUST- *(con't)*

## SCHEDULE C

## CERTIFICATE *of* OWNERSHIP
### (PERSONAL OR INTELLECTUAL PROPERTY)

**FINANCIAL ASSETS:**

### NAME

## LINDA ANN ALLEN

### REGISTERED NUMBER

## 121-66-0065909

### SECURITIES ACCOUNT NUMBER

## *****9009

### AUTHENTICATED

**Signature of Registrant**

*To all to whom these presents shall come, Greetings:*

Know that the above financial assets listed, is the property of the **GOLDEN ASSETS SETTLEMENT TRUST** and all rights title and interest therefrom.

Any person(s) gaining or attempts to use said property without consent or valuable consideration given in return is subject to penalties in sum amount of **$2,000,000.00.*(USD)***.

In testimony whereof, This Certificate of Ownership is effective **JUNE 30, 1966** continuing until a termination is filed.

OFFICIAL STAMP

**ACCEPTABLE CERTIFICATIONS:**
Financial Institution's Official Seal or Stamp
(such as Signature Guaranteed or Medallion Stamp).

*9-Declaration of Trust establish for the Golden Assets Settlement Trust*