# EXHIBIT

# 5

## Certificate of Official Record

Date: December 16, 2024

I certify that Collett Watkins, who signed the Annexed Certificate of Assessments, Payments and Other Specified Matters for, Golden Assets Settlement TR, Minister Linda A Allen Bey TTEE, EIN: 98-6072107 for U.S. Fiduciary Income Tax Return (Form 1041), for the tax period ending December 31, 2013 consisting of twenty three pages, is now and was, at the time of signing, Operations Manager, Accounting Control/Services, U.S. Department of Treasury, Internal Revenue Service, and that her signature is genuine.

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

J L Chyr
Accounting Clerk
OSC Accounting Department, M/S 6280

Form **2866** (Rev. 1-2022)        Catalog Number 19002E        publish.no.irs.gov        Department of the Treasury - Internal Revenue Service

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR              EIN/SSN: ███████████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC  2013

                                        ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT       DATE
                                        (REVERSAL)     (REVERSAL)
-------------------------------------------------------------------------------
           NET TAXABLE INCOME
                        300.00-

04-15-2014 RETURN FILED                                 0.00        05-05-2014
           88236-100-76788-4  201416

04-15-2014 WITHHOLDING CREDIT                          415,239.00

05-05-2014 REFUND                                    (415,239.00)

05-05-2014 CANCELED REFUND CHECK                      415,239.00

07-09-2014 AMENDED RETURN FILED
           88236-190-02195-4

           ADDITIONAL TAX ASSESSED                     0.00        11-24-2014
           29254-707-17882-4  20144508

11-24-2014 INTEREST DUE TAXPAYER                       7,367.96

11-24-2014 REFUND                                    (422,606.96)

02-13-2015 CDP LEVY NOTICE ISSUED

02-13-2015 THIRD PARTY CONTACT
           NOTIFICATION MADE BY
           COLLECTION

           QUICK ASSESSMENT              422,606.96                 02-03-2015
           29251-034-13400-5      08

FORM 4340  (REV. 01-2002)                    PAGE    1
```

```
CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR            EIN/SSN:  ██████████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041        TAX PERIOD: DEC  2013
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| | INTEREST ASSESSED 20151008 | 12,174.00 | | 02-03-2015 |
| | QUICK ASSESSMENT IRC 6662 ACCURACY PENALTY 29251-034-13400-5        08 | 84,521.39 | | 02-03-2015 |
| 03-09-2015 | SUBSEQUENT PAYMENT LEVY | | 177.24 | |
| 11-24-2014 | INTEREST DUE TAXPAYER REVERSED | | (7,367.96) | |
| 03-30-2015 | INTEREST ABATED | 5,101.26- | | |
| 04-06-2015 | FEES AND COLLECTION COSTS | 102.00 | | |
| | ADDITIONAL TAX ASSESSED 28254-472-17000-5  20151108 | 0.00 | | 04-06-2015 |
| 03-11-2015 | SUBSEQUENT PAYMENT LEVY | | 177.23 | |
| 03-16-2015 | SUBSEQUENT PAYMENT LEVY | | 177.23 | |

```
FORM 4340  (REV. 01-2002)              PAGE    2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

```
GOLDEN ASSETS SETTLEMENT TR          EIN/SSN: ███████████
MINISTER LINDA A ALLEN BEY TTEE
```

```
TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC  2013
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 03-06-2015 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 03-27-2015 | SUBSEQUENT PAYMENT LEVY | | 177.23 | |
| 03-30-2015 | SUBSEQUENT PAYMENT LEVY | | 180,168.09 | |
| 03-18-2015 | CDP LEVY NOTICE REFUSED OR UNCLAIMED | | | |
| 04-06-2015 | SUBSEQUENT PAYMENT LEVY | | 200.67 | |
| 04-13-2015 | SUBSEQUENT PAYMENT LEVY | | 138.19 | |
| 04-17-2015 | SUBSEQUENT PAYMENT LEVY | | 177.23 | |
| 04-24-2015 | SUBSEQUENT PAYMENT LEVY | | 177.23 | |
| 05-01-2015 | SUBSEQUENT PAYMENT LEVY | | 177.23 | |

```
FORM 4340   (REV. 01-2002)                  PAGE     3
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR             EIN/SSN:  ▮▮▮▮▮▮▮▮
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041        TAX PERIOD: DEC   2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 05-08-2015 | SUBSEQUENT PAYMENT LEVY | | 177.24 | |
| 05-15-2015 | SUBSEQUENT PAYMENT LEVY | | 177.23 | |
| 05-22-2015 | SUBSEQUENT PAYMENT LEVY | | 177.24 | |
| 05-26-2015 | SUBSEQUENT PAYMENT LEVY | | 491.78 | |
| 05-29-2015 | SUBSEQUENT PAYMENT LEVY | | 177.22 | |
| 06-05-2015 | SUBSEQUENT PAYMENT LEVY | | 177.24 | |
| 06-12-2015 | SUBSEQUENT PAYMENT LEVY | | 177.23 | |
| 06-19-2015 | SUBSEQUENT PAYMENT LEVY | | 177.24 | |
| 06-26-2015 | SUBSEQUENT PAYMENT LEVY | | 138.18 | |

FORM 4340   (REV. 01-2002)                    PAGE      4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR          EIN/SSN:
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041     TAX PERIOD: DEC  2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|--------------------------------------|-----------------------------|------------------|
| 07-06-2015 | SUBSEQUENT PAYMENT LEVY | | 177.24 | |
| 07-10-2015 | SUBSEQUENT PAYMENT LEVY | | 98.71 | |
| 07-17-2015 | SUBSEQUENT PAYMENT LEVY | | 137.75 | |
| 07-22-2015 | SUBSEQUENT PAYMENT LEVY | | 176.81 | |
| 07-27-2015 | SUBSEQUENT PAYMENT LEVY | | 176.80 | |
| 08-03-2015 | SUBSEQUENT PAYMENT LEVY | | 176.81 | |
| 08-11-2015 | SUBSEQUENT PAYMENT LEVY | | 98.71 | |
| 08-17-2015 | SUBSEQUENT PAYMENT LEVY | | 176.80 | |
| 08-24-2015 | SUBSEQUENT PAYMENT LEVY | | 344.44 | |

FORM 4340  (REV. 01-2002)                PAGE    5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR                    EIN/SSN: ███████████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041       TAX PERIOD: DEC   2013


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 08-31-2015 | SUBSEQUENT PAYMENT<br>LEVY | | 176.80 | |
| 09-08-2015 | SUBSEQUENT PAYMENT<br>LEVY | | 176.81 | |
| 09-15-2015 | SUBSEQUENT PAYMENT<br>LEVY | | 98.71 | |
| 09-21-2015 | SUBSEQUENT PAYMENT<br>LEVY | | 175.82 | |
| 09-30-2015 | SUBSEQUENT PAYMENT<br>UNDESIGNATED BANKRUPTCY | | 137.76 | |
| 10-14-2015 | SUBSEQUENT PAYMENT<br>LEVY | | 176.81 | |
| 10-19-2015 | SUBSEQUENT PAYMENT<br>LEVY | | 176.80 | |
| 10-05-2015 | SUBSEQUENT PAYMENT<br>LEVY<br>1040        201212<br>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 | | 98.71 | |

FORM 4340  (REV. 01-2002)                    PAGE      6

```
CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
```

GOLDEN ASSETS SETTLEMENT TR              EIN/SSN:  ████████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041        TAX PERIOD: DEC  2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 10-28-2015 | SUBSEQUENT PAYMENT LEVY | | 176.80 | |
| 11-02-2015 | SUBSEQUENT PAYMENT LEVY | | 293.94 | |
| 11-09-2015 | SUBSEQUENT PAYMENT LEVY | | 176.80 | |
| 11-18-2015 | SUBSEQUENT PAYMENT LEVY | | 176.81 | |
| 11-23-2015 | SUBSEQUENT PAYMENT LEVY | | 863.56 | |
| 11-30-2015 | SUBSEQUENT PAYMENT LEVY | | 264.65 | |
| 12-07-2015 | SUBSEQUENT PAYMENT LEVY | | 176.80 | |
| 12-14-2015 | SUBSEQUENT PAYMENT LEVY | | 440.36 | |
| 12-31-2015 | SUBSEQUENT PAYMENT LEVY | | 411.07 | |

FORM 4340  (REV. 01-2002)                PAGE    7

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR          EIN/SSN: ██████████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041       TAX PERIOD: DEC  2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 01-05-2016 | SUBSEQUENT PAYMENT LEVY | | 176.81 | |
| 01-27-2016 | SUBSEQUENT PAYMENT LEVY | | 127.65 | |
| 02-01-2016 | SUBSEQUENT PAYMENT LEVY | | 437.49 | |
| 02-08-2016 | SUBSEQUENT PAYMENT LEVY | | 495.15 | |
| 02-17-2016 | SUBSEQUENT PAYMENT LEVY | | 273.61 | |
| 02-22-2016 | SUBSEQUENT PAYMENT LEVY | | 939.69 | |
| 07-18-2016 | FEES AND COLLECTION COSTS | 1,240.00 | | |
| 04-26-2016 | SUBSEQUENT PAYMENT SEIZURE AND SALE | | 19,960.00 | |
| 04-26-2016 | DESIGNATED PAYMENT OF FEES/COSTS SEIZURE AND SALE | | 1,240.00 | |

FORM 4340  (REV. 01-2002)                    PAGE     8

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR             EIN/SSN: ████████████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041       TAX PERIOD: DEC  2013
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 02-06-2017 | INITIAL LEVY ISSUED | | | |
| 11-20-2017 | CURRENTLY NOT COLLECTIBLE | | | |
| 11-17-2017 | CURRENTLY NOT COLLECTIBLE | | | |
| 11-20-2017 | CURRENTLY NOT COLLECTIBLE | | | |
| 06-09-2016 | LEGAL/BANKRUPTCY PROCEEDING | | | |
| 06-09-2016 | LEGAL/BANKRUPTCY PROCEEDING | | | |
| 06-09-2016 | LEGAL/BANKRUPTCY PROCEEDING | | | |
| 11-13-2018 | LEGAL/BANKRUPTCY PROCEEDING NO LONGER PENDING | | | |
| 12-11-2018 | | | | |
| 01-12-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |

```
FORM 4340  (REV. 01-2002)                    PAGE    9
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR              EIN/SSN: ███████████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC  2013


                                       ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE
                                       (REVERSAL)      (REVERSAL)
-----------------------------------------------------------------------------------

03-15-2019 SUBSEQUENT PAYMENT                              490.01
           LEVY

03-29-2019 SUBSEQUENT PAYMENT                              505.43
           LEVY

04-05-2019 SUBSEQUENT PAYMENT                              576.75
           LEVY

04-08-2019 SUBSEQUENT PAYMENT                               76.19
           LEVY

04-15-2019 SUBSEQUENT PAYMENT                              534.27
           LEVY

04-22-2019 SUBSEQUENT PAYMENT                              559.83
           LEVY

04-29-2019 SUBSEQUENT PAYMENT                              375.64
           LEVY

05-06-2019 SUBSEQUENT PAYMENT                              335.35
           LEVY

05-15-2019 SUBSEQUENT PAYMENT                              201.53
           LEVY

FORM 4340  (REV. 01-2002)                    PAGE    10
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR              EIN/SSN: ███████████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041     TAX PERIOD: DEC  2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 05-17-2019 | SUBSEQUENT PAYMENT LEVY |  | 319.80 |  |
| 05-24-2019 | SUBSEQUENT PAYMENT LEVY |  | 85.43 |  |
| 05-24-2019 | SUBSEQUENT PAYMENT LEVY |  | 391.13 |  |
| 06-03-2019 | SUBSEQUENT PAYMENT LEVY |  | 348.41 |  |
| 06-10-2019 | SUBSEQUENT PAYMENT LEVY |  | 85.42 |  |
| 06-14-2019 | SUBSEQUENT PAYMENT LEVY |  | 334.90 |  |
| 06-24-2019 | SUBSEQUENT PAYMENT LEVY |  | 64.73 |  |
| 06-26-2019 | SUBSEQUENT PAYMENT LEVY |  | 136.98 |  |
| 06-28-2019 | SUBSEQUENT PAYMENT LEVY |  | 136.98 |  |

FORM 4340  (REV. 01-2002)                    PAGE   11

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR          EIN/SSN: ▮▮▮▮▮▮
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041       TAX PERIOD: DEC  2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 07-08-2019 | SUBSEQUENT PAYMENT LEVY | | 50.81 | |
| 07-24-2019 | SUBSEQUENT PAYMENT LEVY | | 80.81 | |
| 07-26-2019 | SUBSEQUENT PAYMENT LEVY | | 616.97 | |
| 08-05-2019 | SUBSEQUENT PAYMENT LEVY | | 553.45 | |
| 08-12-2019 | SUBSEQUENT PAYMENT LEVY | | 80.81 | |
| 08-26-2019 | SUBSEQUENT PAYMENT LEVY | | 50.31 | |
| 08-26-2019 | SUBSEQUENT PAYMENT LEVY | | 375.72 | |
| 08-26-2019 | SUBSEQUENT PAYMENT LEVY | | 83.12 | |
| 09-13-2019 | SUBSEQUENT PAYMENT LEVY | | 80.81 | |

FORM 4340  (REV. 01-2002)                    PAGE   12

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR          EIN/SSN: ███████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC  2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 09-23-2019 | SUBSEQUENT PAYMENT LEVY | | 226.28 | |
| 09-25-2019 | SUBSEQUENT PAYMENT LEVY | | 78.50 | |
| 09-27-2019 | SUBSEQUENT PAYMENT LEVY | | 170.26 | |
| 10-07-2019 | SUBSEQUENT PAYMENT LEVY | | 73.88 | |
| 10-21-2019 | SUBSEQUENT PAYMENT LEVY | | 226.27 | |
| 10-25-2019 | SUBSEQUENT PAYMENT LEVY | | 253.39 | |
| 09-17-2019 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 11-18-2019 | SUBSEQUENT PAYMENT LEVY | | 80.81 | |

FORM 4340  (REV. 01-2002)                    PAGE    13

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR          EIN/SSN:
MINISTER LINDA A ALLEN BEY TTEE
```



```
TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041        TAX PERIOD: DEC   2013


                                 ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT       DATE
                                 (REVERSAL)     (REVERSAL)
-----------------------------------------------------------------------------

06-09-2016 LEGAL/BANKRUPTCY
           PROCEEDING

12-02-2019 SUBSEQUENT PAYMENT                         85.43
           LEVY

12-04-2019 SUBSEQUENT PAYMENT                        123.74
           LEVY

12-05-2019 CORRECTION OF LEGAL/
           BANKRUPTCY PROCEEDING
           CODE POSTED IN ERROR

12-11-2019 SUBSEQUENT PAYMENT                        166.42
           LEVY

12-18-2019 SUBSEQUENT PAYMENT                        220.85
           LEVY

01-10-2020 COLLECTION STATUTE
           EXTENSION TO 02-03-2025

01-06-2020 SUBSEQUENT PAYMENT                        222.42
           LEVY

FORM 4340  (REV. 01-2002)              PAGE    14
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR          EIN/SSN: ▇▇▇▇▇▇▇
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC   2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|--------------------------------------|-----------------------------|-----------------|
| 01-13-2020 | SUBSEQUENT PAYMENT LEVY | | 73.88 | |
| 01-17-2020 | SUBSEQUENT PAYMENT LEVY | | 80.81 | |
| 01-24-2020 | SUBSEQUENT PAYMENT LEVY | | 78.50 | |
| 01-27-2020 | SUBSEQUENT PAYMENT LEVY | | 246.34 | |
| 03-02-2020 | FEES AND COLLECTION COSTS | 3,005.82 | | |
| 11-20-2019 | SUBSEQUENT PAYMENT SEIZURE AND SALE | | 6,989.18 | |
| 01-31-2020 | SUBSEQUENT PAYMENT LEVY | | 190.34 | |
| 11-20-2019 | DESIGNATED PAYMENT OF FEES/COSTS SEIZURE AND SALE | | 3,005.82 | |
| 02-13-2020 | SUBSEQUENT PAYMENT LEVY | | 78.50 | |

FORM 4340  (REV. 01-2002)                PAGE    15

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR          EIN/SSN: █████████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC   2013

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 02-24-2020 | SUBSEQUENT PAYMENT LEVY | | 228.84 | |
| 02-28-2020 | SUBSEQUENT PAYMENT LEVY | | 251.35 | |
| 03-11-2020 | SUBSEQUENT PAYMENT LEVY | | 80.81 | |
| 03-25-2020 | LEGAL SUIT PENDING | | | |
| 07-07-2020 | SUBSEQUENT PAYMENT LEVY | | 460.50 | |
| 08-05-2020 | SUBSEQUENT PAYMENT LEVY | | 166.24 | |
| 08-12-2020 | SUBSEQUENT PAYMENT LEVY | | 85.42 | |
| 09-16-2020 | SUBSEQUENT PAYMENT LEVY | | 80.81 | |
| 08-26-2020 | SUBSEQUENT PAYMENT LEVY | | 83.12 | |

FORM 4340  (REV. 01-2002)                    PAGE    16

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
GOLDEN ASSETS SETTLEMENT TR            EIN/SSN:  ▮▮▮▮▮▮▮
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041        TAX PERIOD: DEC   2013
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 10-14-2020 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 10-28-2020 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 11-13-2020 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 12-09-2020 | SUBSEQUENT PAYMENT UNDESIGNATED BANKRUPTCY | | 102.18 | |
| 12-23-2020 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 01-13-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 01-27-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 02-10-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 02-24-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |

```
FORM 4340  (REV. 01-2002)                  PAGE    17
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR              EIN/SSN: ▓▓▓▓▓▓▓▓▓
MINISTER LINDA A ALLEN BEY TTEE



TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041       TAX PERIOD: DEC  2013


                                      ASSESSMENT,    PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT        DATE
                                      (REVERSAL)    (REVERSAL)
------------------------------------------------------------------------------------

03-12-2021  SUBSEQUENT PAYMENT                        69.26
            LEVY

03-24-2021  SUBSEQUENT PAYMENT                        69.26
            LEVY

04-14-2021  SUBSEQUENT PAYMENT                        69.26
            LEVY

04-28-2021  SUBSEQUENT PAYMENT                        69.26
            LEVY

05-12-2021  SUBSEQUENT PAYMENT                        69.26
            LEVY

05-14-2021  THIRD PARTY CONTACT
            NOTIFICATION MADE BY
            COLLECTION

05-26-2021  SUBSEQUENT PAYMENT                        69.26
            LEVY

06-15-2021  SUBSEQUENT PAYMENT                        69.26
            LEVY

FORM 4340  (REV. 01-2002)               PAGE   18
```

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR          EIN/SSN: ███████████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041       TAX PERIOD: DEC  2013
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 06-30-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 07-21-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 08-04-2021 | SUBSEQUENT PAYMENT UNDESIGNATED BANKRUPTCY | | 29.26 | |
| 08-18-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 08-25-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 09-08-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 10-06-2021 | SUBSEQUENT PAYMENT LEVY | | 69.26 | |
| 10-15-2021 | SUBSEQUENT PAYMENT LEVY | | 39.25 | |
| 11-17-2021 | SUBSEQUENT PAYMENT LEVY | | 76.19 | |

```
FORM 4340  (REV. 01-2002)                PAGE    19
```

```
      CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR            EIN/SSN: ██████████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC  2013
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 11-26-2021 | SUBSEQUENT PAYMENT LEVY | | 39.25 | |
| 12-08-2021 | SUBSEQUENT PAYMENT LEVY | | 38.10 | |
| 12-29-2021 | SUBSEQUENT PAYMENT LEVY | | 9.26 | |
| 01-12-2022 | SUBSEQUENT PAYMENT LEVY | | 76.19 | |
| 01-26-2022 | SUBSEQUENT PAYMENT LEVY | | 38.10 | |
| 02-09-2022 | SUBSEQUENT PAYMENT LEVY | | 39.25 | |
| 03-02-2022 | SUBSEQUENT PAYMENT LEVY | | 44.40 | |
| 03-09-2022 | SUBSEQUENT PAYMENT LEVY | | 46.19 | |
| 03-30-2022 | SUBSEQUENT PAYMENT LEVY | | 46.11 | |

```
FORM 4340  (REV. 01-2002)              PAGE    20
```

```
CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR          EIN/SSN: ███████████
MINISTER LINDA A ALLEN BEY TTEE



TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041        TAX PERIOD: DEC  2013
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|------------------------------------|----------------------------|-----------------|
| 04-13-2022 | SUBSEQUENT PAYMENT LEVY | | 36.18 | |
| 04-27-2022 | SUBSEQUENT PAYMENT LEVY | | 51.12 | |
| 05-13-2022 | SUBSEQUENT PAYMENT LEVY | | 46.19 | |
| 05-23-2022 | SUBSEQUENT PAYMENT LEVY | | 46.19 | |
| 05-16-2022 | THIRD PARTY CONTACT NOTIFICATION MADE BY COLLECTION | | | |
| 06-08-2022 | SUBSEQUENT PAYMENT LEVY | | 46.19 | |
| 07-01-2022 | SUBSEQUENT PAYMENT LEVY | | 36.19 | |
| 07-25-2022 | SUBSEQUENT PAYMENT LEVY | | 54.38 | |

```
FORM 4340  (REV. 01-2002)              PAGE   21
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR            EIN/SSN: ████████████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC  2013


                                   ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE          EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT       DATE
                                   (REVERSAL)     (REVERSAL)
----------------------------------------------------------------------------------

04-05-2023 THIRD PARTY CONTACT
           NOTIFICATION MADE BY
           COLLECTION

01-29-2024 SUBSEQUENT PAYMENT                                    47.15
           LEVY

02-14-2024 THIRD PARTY CONTACT
           NOTIFICATION MADE BY
           COLLECTION

03-15-2024 NOTICE OF FEDERAL TAX
           LIEN FILED

04-08-2024 FEES AND COLLECTION COSTS           360.00

02-03-2015 Statutory Notice of Balance Due

01-28-2019 Statutory Notice of Intent to Levy

01-06-2020 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                   PAGE   22
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

GOLDEN ASSETS SETTLEMENT TR                EIN/SSN: ███████████
MINISTER LINDA A ALLEN BEY TTEE


TYPE OF TAX: U.S. FIDUCIARY INCOME TAX RETURN
FORM: 1041      TAX PERIOD: DEC  2013
------------------------------------------------------------------------

BALANCE       289,163.14

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: _Collett Watkins_

PRINT NAME: _Collett Watkins_

TITLE: _Accounting Operation Manager, Ogden W&I Submission Processing_

DELEGATION ORDER: _WI-11-5_


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 12/11/2024

FORM 4340  (REV. 01-2002)              PAGE    23