# EXHIBIT 6

**CERTIFICATION DOES NOT REFLECT POSSIBLE HOMESTEAD DENIAL:**

I HEREBY CERTIFY, That there are no Tax Liens or Titles held by the State or any Individual against the within description and all Taxes on same are paid for five years previous on the date of this instrument, as appears by the records in my office. This certificate does not apply on taxes, if any, now in process of collection. Also except, Deferred Special Assessments, if any, under Act No. 225, Public Acts of 1976, as amended, and any Specific Tax. (I.E. Enterprise Zone)

Brad Watkowski  Date 1-9-15
Berrien County Treasurer  No. 83379



Lori D. Jarvis Register Of Deeds
Berrien County, Michigan

Rec $10.00   Recorded
Remon $4.00   JANUARY 09, 2015  11:25:58 AM
Tax Crt$1.00   Liber 3091  Page 2950 - 2950
Receipt # 290464   W DEED   #2015108004

Liber 3091 Page 2950

---

**WARRANTY DEED**                    STATUTORY FORM FOR INDIVIDUALS

### This Indenture,

Dated this day of:

**KNOW ALL MEN BY THESE PRESENTS THAT:**

Andrew Cleminshaw, a single man
1619 Lyola
Benton Harbor, MI 49022

**Convey(s) and Warrant(s) To:**

Golden Assets Settlement Trust
PO Box 8990
Benton Harbor, MI 49022

**for the sum of**

NINETY NINE THOUSAND NINE HUNDRED NINETY NINE AND 00/100 DOLLARS --- ($99,999.00)

**the following described premises situated in**

The Township of St. Joseph, County of Berrien and State of Michigan to wit:

Lot 18, East & Grams Subdivision, according to the recorded plat thereof, as recorded in Liber 11 of Plats,
page 59, Berrien County records.

Tax Parcel No. 11-18-1900-0018-00-5

Subject to easements, reservations, restrictions and limitations of record, if any. And further subject to: None

Signed by
Andrew Cleminshaw

STATE OF MICHIGAN )
COUNTY OF BERRIEN )

I, Sindi Kozminske a Notary Public of the County and the State first above written, do hereby certify that Andrew Cleminshaw personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the 15th day of December, 2014.

Sindi Kozminske

Notary Public,
Berrien County, acting in the County of Berrien,
My Commission Expires:

(SEAL)

SINDI KOZMINSKE
Notary Public, State of Michigan
County of Van Buren
My Commission Expires Dec. 13, 2020
Acting in the County of Berrien

| Assisted By: | Drafted By: | Mail After Recording To: | Send Subsequent Tax Bills To: |
|---|---|---|---|
| Chicago Title of Michigan, Inc. 1901 Niles Avenue Saint Joseph, MI 49085 | Andrew Cleminshaw 1619 Lyola Benton Harbor, MI 49022 | Golden Assets Settlement Trust P.O. Box 8990 Benton Harbor, MI 49022 | Golden Assets Settlement Trust P.O. Box 8990 Benton Harbor, MI 49022 |



STATE OF MICHIGAN
BERRIEN COUNTY
JANUARY 09, 2015
RECEIPT # 290464

REAL ESTATE TRANSFER TAX
$110.00 CO
$750.00 ST
STAMP # 2972

2

110661883

US-0000046