# EXHIBIT 8

**FILED - GR**
March 23, 2015 3:48 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY_ mkc /_____ SCANNED BY ___ /___

## U.S. DISTRICT COURT

| | |
|---|---|
| **GOLDEN ASSETS SETTLEMENT TRUST,** ) | PRAY FOR IMMEDIATE INJUNCTIVE RELIEF: |
| ) | PETITION FOR ORDER TO STAY ANY REMO- |
| **Complainant,** ) | VAL FROM THE GOLDEN ASSETS SETTLEM- |
| ) | ENT TRUST ACCOUNT AND REMOVAL OF |
| ) | LEVY |
| ) | |
| ) | |
| ) | CASE No.   **1:15-cv-322** |
| **Vs.** ) | |
| ) | **Janet T. Neff** |
| ) | **U.S. District Judge** |
| ) | |
| **MICHAEL BRYANT, I.R.S. ID#02-37341** ) | |
| 1270 PONTIAC RD ) | |
| PONTIAC MI. 48340; ) | |
| ) | |
| **JPMORGAN CHASE BANK, N.A.** ) | |
| P.O.BOX 183164 ) | |
| COLUMBUS OH 43218 ) | |
| **Respondents.** ) | |
| ) | |
| ) | |
| ) | |
| ) | |

**PRAY FOR IMMEDIATE INJUNCTIVE RELIEF IN THE FORM OF AN ODRE TO STAY RELEASE OF FUNDS FROM THE TRUST'S ACCOUNT AND REMOVAL OF LEVY ON ACCOUNT AND ON WAGES OF THE TRUSTEE.**

## Affidavit Of Fact
For The Record, To Be Read Into The Record

---

GOLDEN ASSETS SETTLEMENT TRUST: Linda A. Allen Bey, Trustee.                    Page 1

MY HONORS, COMES NOW, Authorized member of the GOLDEN ASSET SETTLEMENT TRUST, Linda A. Allen Bey, Trustee; with this Petition for Immediate injunctive relief. In the following sequence:

```
     Phase I:      immediate preliminary injunctions;

     Phase II:     declaratory relief pursuant to
                   F.R.Civ.P. Rule 56;

     Phase III:    all other lawful relief which this
                   Court deems just and proper,
```

the latter to include but is not necessarily limited to, permanent injunctions against certain named parties; actual, consequential, exemplary damages and costs resulting directly or indirectly from Respondents' deprivations, and conspiracy to deprive Complainant of Her fundamental Rights to liberty, to privacy, to freedom of religious belief, to freedom of expression, to work for a living, and to avoid voluntary federal programs ("Right of Avoidance").

This Court has original jurisdiction over this case by virtue of Michigan's Constitution, and also the specific Reservations which Congress attached to the Covenant in the Document of Ratification of the International Covenant ("Ratification Document"). Article II, Section 5, of the

Ratification Document reads as follows:

(5) That the United States understands that this Covenant shall be implemented by the

Federal Government to the extent that it exercise legislative and judicial jurisdiction over

The matters covered therein, and otherwise by the state and local governments; to the

extent that state and local governments exercise jurisdiction over such matters, the Federal Government shall take measures appropriate to the federal system to the end that the competent authorities of the state or local governments may take appropriate measures for the fulfillment of the Covenant.

## INITIAL COMPLAINT

Linda A. Allen Bey complains that Respondents violated the prohibitions found in 18 U.S.C. Sections 241 and 242, and in Michigan's state criminal statutes, which specifically prohibit extortion, false arrest, illegal seizure of property, false imprisonment, deprivation of Plaintiff's fundamental Rights, and conspiracy to deprive Plaintiff's fundamental Rights to liberty, to privacy, to freedom of expression, to freedom of religious belief, to work for a living[Right to Industry], and to avoid voluntary federal programs. Said Rights are also enumerated, in part or in full, in the two Human Rights Treaties itemized *supra*. Nevertheless, Trustee now invokes the Human Rights Treaties enumerated *supra*, in order to claim, to assert, and to enforce His fundamental Rights, as guaranteed by the Supremacy Clause, to privacy and to equal protection of the Law.

## IMMEDIATE REMEDIES REQUESTED:

### Phase I

### PRELIMINARY INJUNCTIONS

1. Trustee moves the Court for immediate injunctive relief preventing JPMorgan Chase Bank N.A. from releasing funds from The GOLDEN ASSES SETTLEMENT TRUST account.

2. Trustee moves the Court for immediate injunctive removing levy on Trustee's wages, salary and other income, and order AUSCO INC. to cease and desist garnishment.

3. Trustee moves for preliminary injunction preventing Michael Bryant, I.R.S. ID#02-37341, from acting with malice, under color of law, to deliberately injure Trustee and violate contractual obligations and Order same, to present all claims in this court and show proof of standing.

## REASONS TO GRANT IMMEDIATE RELIEF:

4. Pursuant to FEDERAL RULES OF CIVIL PROCEDURE RULE 4, insufficiency of service. The Respondents all fail to give Notice of any actions being taken. JPMorgan Chase Bank N.A. violated their fiduciary responsibility by executing a fraudulent levy with improper name and a different person to the Trustee, causing her financial difficulties and personal hardships causing loss of business opportunities.

5. Pursuant to F.R.Civ.P. Rule 12, insufficiency of process. Michael Bryant failed to notify Trustee of any audit or error pertaining to the tax filing in question and Trustee learned after the levy was executed and the restraint on the Trust was in place and Trustee's wages were being garnished.

6.  Pursuant to insufficiency of service Rule 12.  The instrument sent by Michael Bryant implementing the levy was not addressed to Trustee of GOLDEN ASSET SETTLEMENT TRUST, and was made with deliberate intent to defame and slander the character of the Trustee and it falls flat on its face in merit.

7.  Pursuant to 26 USC 6322, 6325, 7432, 7433.  Michael Bryant failed to follow I.R.S. procedures and acted with Malice to slander and defame Trustee, referring to her outside of her name[dishonor in commerce] diverging from I.R.S. requirements under the I.R.S. Reform Act 5.3.2. section 1203. (See Exhibit scan 18 )

8.  Immediate Preliminary Injunction should be issued pursuant to the Trust agreement and contractual obligations of Trustee's Employer AUSCO INC..  There are no contracts existing binding or obliging Respondents with any ability to levy the Trust nor Trustee's personal wages

9.  Immediate Preliminary Junction to prevent all further actions should be granted due to Respondents failure to state a claim where relief can be sought.

10. Relief is mandated by the lack of standing to bring proper claim against the Trust or the Trustee, and Trustee's status is exempt from levy.

**IMMEDIATE REMEDIES REQUESTED:**

**Phase I**

All premises to date having been duly considered,

Trustee therefore respectfully requests that

this honorable District Court of Michigan State:

## Linda A. Allan Bey prays this court to:

1. issue a preliminary injunction against Respondent Michael Bryant, enjoining same from administering or enforcing Corporate policy, in a ministerial capacity which is repugnant to Trustee and the Supreme Law of The Land, And cease and desist all collection efforts, and order Respondent to present proof of any claims on the record in this court;

2. issue a preliminary injunction against Respondent Michael Bryant, enjoining same from keeping any substantive report(s)from Trustee, and return all evidence/monies taken under the fraudulent levy that a proper examination of the facts can be done.

3. issue a preliminary injunction against JPMorgan Chase Bank N.A., Enjoining same from denying Trustee from her substantive right(s), and order the removal of any levy on the Trust account, preventing any funds from leaving the account.

**DECLARATORY AND OTHER RELIEF**

Trustee hereby notifies all interested Parties of her specific intent to name additional Defendants in a proper and timely amended complaint, in place of one or more anonymous Does 1 thru 14, and/or to enlarge the number and nature of criminal torts itemized therein, *e.g.*, 18 U.S.C. 245(b)(1)(A), 1512, 1513, and other pertinent statutes not as yet specified herein.

---

This action presently proceeds At Law, and sounds in criminal torts, from which Trustee intends to petition a Lawful and competent civil jury for relief including verdicts as to the actual, consequential, and exemplary damages suffered by Trustee, as to the true costs of conducting this suit, and judgments as to the proper construction and correct application of all pertinent Laws.

## CANCELLATION & NON-ACCEPTANCE

FOR THE RECORD, MY HONOR: I am a aboriginal Native American Woman, of Nanticok Moor decent[Delaware Indian] that is living upon the land my ancestors called Turtle Island; and speaking as only a flesh and blood human can. I was created in the image of the Children of the Most High under the authority of the Ancient Ones, My Ancestors and Redeemer, with all of My senses intact. I am canceling all adhesion or assumed performance contracts, entered into by Trustee, knowingly or unknowingly by any methods including but not limited to verbal, by assent. consent, presumption, assumption, deception, threat, duress, coercion, fraud, fiction, fantasy or illusions, or any other method, including words of art, magic, and sophistry, casuistry or out right lying, or by specious acts of fallacious, deceptive, delusive, misleading, apparent, illusive, illusory, ostensible, practice of law, as in the fraudulent and fiduciary negligent tactics used by the Respondents to obscure and taint the fair and equal process of law. I have not caused an injury to another living man. This would be a violation of the Golden Rule of Yore 'love your neighbor as yourself', or man's interpretation "Do unto others as you would have

them do unto you". I have not committed a crime, and there is nothing on which to levy Me, thus the levy on the Trust account, salary, wages and other income is null and void. I, The Trustee, here now cancel, terminate, discharge, dismiss, deactivate, eradicate, nullify, quash, rescind, repeal, revoke, abrogate, abolish, and expunge - and I forbid the commercial use of My name and likeness for profit, as all Bonds created, whether on the record or not, are void ab initio as only I, Linda A. Allen Bey., Trustee, can cause:

I do not accept, agree or consent to: 1) any offer; 2) go to jail; 3) go to prison; 4.) be deprived of due process of law;

I do not accept, agree or consent to: 5) have My rights abrogated; 6) blocked; or 7) impeded in any way, shape, or form;

I do not accept, agree or consent to: 8) any offer, to have My body or possessions seized or confiscated or used by anyone or their agent(s) for their own use, or 9) for the benefit of another;

I do not accept, agree or consent to: 10) any offer to probation, 11) parole, 12) any other form of supervision imposed for this matter associated with this matter which may be attempted by any person, to be linked with or in causation with this matter, or 14) being placed twice in jeopardy for the same pretended crime.

*Lex Semper Dabit Remidium.* **" The Law will always provide a remedy"**

**W**here Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

GOLDEN ASSETS SETTLEMENT TRUST: Linda A. Allen Bey, Trustee. Page 8

# Jurat

State of Michigan        )

                                )ss        **ACKNOWLEDGEMENT**

County Of Berrien        )

Subscribed and sworn to before agent___Geraldine H. Knox___, a notary public in and for the County of___Berrien___, State of Michigan, on this __19__, day of __March_____ 2015 by L<u>inda A. Allen Bey</u>, who proved to this agent on the basis of satisfactory evidence that <u>Linda A. Allen Bey</u> executes the within document, and swears, and declares that Linda A. Allen Bey autographs said within document in capacity of being the living principal, attorney in fact, and authorized representative for the registered trade-names/Copy right, <u>LINDA A. ALLEN BEY©</u>, <u>LINDA A. ALLEN©</u>, AND ANY AND ALL ORTHOGRAPHIC VARIATIONS THEREOF.

By: _Linda A. Allen Bey_____
Date: _03-19-2015_____
P.O Box 8990
Benton Harbor
Michigan L49023 ]
(269) 861-1031

_Geraldine M. Knox_____
Notary Public

                           Commission Expires:___

GERALDINE M. KNOX
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF BERRIEN
My Commission Expires February 7, 2017
Acting in the County of _Berrien____

# CERTIFICATE OF SERVICE

This document is used as verification that Party(s) named herein did actually receive the materials as served, and will comply with the law and their duty to respond appropriately as the law does state pursuant to F.R.Civ.P. Rule 15, .

Remember the Supreme Law Of The Land and the Law of the Sea[Maritime].

The Order for Immediate Preliminary Injunction is for the following named as Respondents/Defendants:

**MICHAEL BRYANT, I.R.S. ID#02-37341**
1270 PONTIAC RD
PONTIAC MI. 48340;
U.S.P.S. TRACKING# 7014 0510 0000 0499 3036
Sent via  Certified Mail

**JPMORGAN CHASE BANK, N.A.**
P.O.BOX 183164
COLUMBUS OH 43218
U.S.P.S. TRACKING# 7014 0510 0000 0499 2909
Sent via Facsimile: 1866-699-0618

# 1

## AFFIDAVIT OF OWNERSHIP OF CERTIFICATE OF TITLE
### (BIRTH CERTIFICATE)

TITLE
LINDA ANN ALLEN
(Exact name of registrant as specified in its certificate)
121-66-0065909
(Registrant File Number)

**(I)**     **WITH TRUST**, I, **Linda A. Allen** *(hereinafter referred to as Registered Owner)*, a living man of Aboriginal Native American status having life, liberty, personal or property rights, all protected under Treaties and the Constitution establish for the united States of America known as the **"Supremacy Clause"** the supreme law of the land.

**(II)**     **WHEREAS, I Linda A. Allen** Affiant herein to this Affidavit being duly sworn, declare and state that I am of full age of majority "18" and legally competent to have firsthand knowledge of the facts stated herein and believe these facts to be true and correct to the best of my knowledge.

**(III)**     **WHEREAS, I Linda A. Allen** also depose and say that I am the Registered Owner of record and Entitlement holder, having a direct Ownership equity and beneficial interest in the Trust Certificate of Title *(Birth Certificate)* Registered No: *121-66-0065909* whose name*(title)* also appears on the face of the instrument as *"LINDA ANN ALLEN"[Trust/ Estate]* by reference of an Official Certificate of Live Birth *(Certificate of Title)*, a valid Trust Instrument recorded and filed dated *June 30*, 1966 in the Office of Vital Records in the County of Berrien, State of Michigan, that further describes property of **The Linda Ann Allen Family Estate,** (Cestui Que Trust). Said Certificate of Title also appears to be the same held with *TRUST* for safekeeping by the State Registrar of Titles in the State of Michigan (Custodian of Records).

**(IV)**     **NOW, THEREFORE,** "*Affidavit of Ownership of Trust Certificate of Title* " made in good faith is an actual and constructive notice and that any person(s) may rely upon this Affidavit as evidence of ownership of said property and is relieved of any obligation to verify claim of rights and ownership. The Registrar of Titles shall treat Registered Owner/Entitlement Holder (Affiant herein*)* as the one legally entitled to benefit from said property (assets) and the one duly authorized to act, appoint, assign, conveyed, and/ or execute said Certificate of Title, and that no other parties are allowed without consent from Registered Owner/ Entitlement Holder. So help me God.

*IN WITNESS WHEREOF; said* Affiant (Registered Owner/Entitlement Holder*)* has hereunto set his/ her hand and seal

*Done this* **23** day of **March** 2015       By: *Linda A. Allen*
                                                Linda A. Allen, Registered Owner/ Entitlement Holder

### ACKNOWLEDGMENT OF NOTARY PUBLIC

In the united States of America)
                           )
Land of North America     )

On this date the undersigned named above, personally appeared before me and acknowledged to me on the basis of satisfactory evidence that [he/ she/ they] executed the same in [his/ her/ their] stated or authorized capacity(ies), and that by [his/ her/ their] signature(s) on this instrument the person(s), or entity upon behalf of which the person(s) signed is a free and voluntary act and deed for the uses and purposes therein mentioned.

DATE: **3-23-15**            By: _____, Notary Public

Seal:                                  My Commission Expires: **11-22-2020**

<div style="border:1px solid">

LUE CHANEL WILLIAMS
Notary Public, State of Michigan
County of Berrien
My Commission Expires Nov. 22, 2020
Acting in the County of _____

</div>

**STATE OF MICHIGAN**  )
**COUNTY OF BERRIEN**   ) SS

I, Sharon J. Tyler, Clerk of Berrien County and also Clerk of the Circuit Court for said County the same being a court of RECORD.

DO HEREBY CERTIFY, that __LUE CHANEL WILLIAMS__ whose name is subscribed to the certificate of the proof or acknowledgement of the annexed instrument and thereon written was, at the time of taking such proof and acknowledgement, a NOTARY PUBLIC, in and for the said County, residing therein, duly commissioned and sworn, and authorized by the laws of said state to take the acknowledgements and proofs of deeds and conveyances, for land, tenements or hereditaments in said State, to be recorded therein. And further that I am well acquainted with the handwriting of such NOTARY PUBLIC and verily believe that the signature to said certificate of proof or acknowledgement is genuine.

I further certify that the said commission is dated __08/28/2014__ and that the date of expiration of said commission is __11/22/2020__.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said court and county, the __Twenty third__ day of __March__, 2015.

_____
                                        Clerk

_____
                              Deputy Clerk

15006746-5

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Michigan, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document,the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-fifth day of November, 2014.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By_____

Assistant Authentication Officer.
Department of State

# State of Michigan



## DEPARTMENT OF STATE
### COUNTY DEPUTY CLERK CERTIFICATION

*I, Ruth Johnson, Secretary of State of the State of Michigan and custodian of the Great Seal of the State, hereby certify that, Melanie Reynnells, whose attestation is affixed to the annexed instrument, was on the date thereof the duly elected or appointed and qualified Berrien County Deputy Clerk and the Deputy Clerk of the Circuit Court and all official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.*

*IN TESTIMONY WHEREOF, I have hereto affixed my signature and Great Seal of the State, at Lansing, this 27th day of October in the year of our Lord two thousand and fourteen.*



*Secretary of State*

**134903-1-381233-OGS**

This certification attests only to the authenticity of the signature of the official who signed the affixed document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp which the document bears. This certification is not intended to imply that the contents of the document are correct, nor that they have the approval of the State of Michigan.

STATE OF MICHIGAN )
COUNTY OF BERRIEN ) SS

I, SHARON J. TYLER, Clerk of the County of Berrien, Clerk of the Circuit Court of said County, the same being a Court of Record and having a seal, do hereby certify that I have compared the below copy with the record thereof now remaining in my office and have found it to be a true copy.

IN TESTIMONY WHEREOF, I have hereunto set my hand and have affixed the Seal of said Circuit Court at St. Joseph,

this _____28th_____ day of ____July____, A.D. 20_14_ .

SHARON J. TYLER
COUNTY CLERK

DEPUTY CLERK

---

## CERTIFICATE OF LIVE BIRTH

MICHIGAN DEPARTMENT OF HEALTH
Vital Records Section

BIRTH No. 123—

Local File No. 456

| | | | |
|---|---|---|---|
| **1. PLACE OF BIRTH** a. COUNTY: BERRIEN | **2. USUAL RESIDENCE OF MOTHER** (Where does mother live?) a. STATE: MICHIGAN | b. COUNTY: BERRIEN | |
| b. CITY (if outside corporate limits, write RURAL and give township) OR VILLAGE: ST. JOSEPH | c. TOWNSHIP, (Name of) CITY OR VILLAGE: BENTON HARBOR | d. Is Residence within limits of a city or incorporated village? Yes ☐ No ☐ | |
| c. FULL NAME OF HOSPITAL OR INSTITUTION (If NOT in hospital or institution, give street address or location): MEMORIAL HOSPITAL | e. MAILING ADDRESS: 368 VINEYARD | ZONE | |

| 3. CHILD'S NAME (Type or Print) | a. (First): LINDA | b. (Middle): ANN | c. (Last): ALLEN |
|---|---|---|---|
| 4. SEX: F | 5a. THIS BIRTH: Single ☒ Twin ☐ Triplet ☐ | 5b. IF TWIN OR TRIPLET (This child born): 1st ☐ 2nd ☐ 3rd ☐ | 6. DATE OF BIRTH: (Month) JUNE (Day) 22 (Year) 1966 |

### FATHER OF CHILD

| 7. FULL NAME | a. (First): ROMMIE | b. (Middle): LEE | c. (Last): ALLEN | 8. COLOR OR RACE: N |
|---|---|---|---|---|
| 9. AGE (At time of this birth): 22 YEARS | 10. BIRTHPLACE (State or foreign country): MISSISSIPPI | 11a. USUAL OCCUPATION: LABORER | 11b. KIND OF BUSINESS OR INDUSTRY: AUTO SPEC. CORP. | |

### MOTHER OF CHILD

| 12. FULL MAIDEN NAME | a. (First): MARY | b. (Middle): LOUISE | c. (Last): LEACHMAN | 13. COLOR OR RACE: N |
|---|---|---|---|---|
| 14. AGE (At time of this birth): 21 YEARS | 15. BIRTHPLACE (State or foreign country): KENTUCKY | 16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER (Do NOT include this child) | | |

| 17. INFORMANT'S NAME: MARY LOUISE LEACHMAN ALLEN | a. How many OTHER children are now living? 2 | b. How many OTHER children were born alive but are now dead? 0 | c. How many children were stillborn (born dead after 20 weeks pregnancy)? 1 |
|---|---|---|---|

| I hereby certify that I attended the birth of this child who was born alive on the date stated above. | 18a. SIGNATURE: Dean D. Willson M. D. | 18b. ATTENDANT AT BIRTH: M.D. ☒ D.O. ☐ Midwife ☐ Other (Specify) |
|---|---|---|
| | 18c. ADDRESS: Benton Harbor, Michigan | 18d. DATE SIGNED: June 25, 1966 |
| 19. DATE RECEIVED BY LOCAL REGISTRAR: 6-30-66 | 20. REGISTRAR'S SIGNATURE: Charles J. Rhodes | |

SP00900898

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED.

VRHDSS11 (12/12) Authority: MCL 333.2882

*Margin Reserved for Binding*
*TYPE OR PRINT (EXCEPT SIGNATURES) IN BLACK INK — THIS IS A PERMANENT RECORD*
*N.B. — In case of more than one child at birth, a SEPARATE RETURN must be made for each and the number of each in order of birth stated.*

Case 1:15-cv-00322-JTN Doc #1-1 Filed 03/23/15 Page 7 of 7 Page ID#17

## THIS CERTIFICATE OF VITAL RECORD CONTAINS THE FOLLOWING FEATURES. THESE SECURITY FEATURES MUST BE PRESENT FOR A VALID, ACCEPTABLE DOCUMENT:

- Watermark Chainlink design
- Fluorescent security fibers
- Full chemical sensitization

## IMPORTANT INFORMATION:

This certificate is a valuable and legal document. Please keep in a safe place.

## **WARNING:**

Obtaining and/or using this document and/or personal identifying information contained on this document with the intent to defraud or commit another unlawful act is prohibited.
(MCL 445.65)

A person shall not willfully and knowingly obtain, possess, use, sell, furnish, or attempt to obtain, possess, use, sell, or furnish to another person, for any purpose of deception, a counterfeited, altered, amended, or mutilated vital record or certified copy thereof.
(MCL 333.2894 (1)(d))

A person shall not make, counterfeit, alter, amend, or mutilate a vital record or report required to be filed under this part with the intent to deceive.
(MCL 333.2894 (2))

NOTICE

Exhibit A

Michael Bryant
1270 Pontiac Road
Pontiac, Michigan 48340

To: Michael Bryant

I Linda A. Allen Bey, **DEMAND** that the lien be **REMOVED** within 72hrs off the Golden Assets Settlement Trust private bank account and the levy taken off my wages under 26 USC Section 6325 & 6322. The IRS has guidelines and procedures you did not follow, which are grounds for termination under the IRS reform act 5.3.2 section 1203. I did not receive due process under the U.S. Constitution and my private rights were totally violated by you. I did not receive any correspondence or notices that a tax assessment was completed stating that I owed Tax debt. You took it upon yourself not to follow the procedures/manual and stringent guidelines. Then decided to place a lien against a private foreign trust bank account with a levy against my wages first without administratively contacting anyone. I was not given an opportunity to challenge the IRS claim, or to file a request for a Collection Due Process Hearing (CDP) or a chance to do a full settlement and closure of the assessment owed.  The IRS has procedures prior to garnishment once the IRS assesses your tax you will generally receive notice and a demand for payment of the amount due. If you fail to pay the invoice at some point after you will receive a final notice of intent to levy and a notice of right to a hearing, the last two documents must be sent at least 30 days before the IRS begins to garnish your wages which did not happen in this case. I have rights and did not receive Due Process, which are grounds for a lawsuit under 26 USC section 7432 & 7433 due to your negligence.

<u>Linda A. Allen-Bey</u>                                    Date: March 13, 2015
UCC1-103.6, UCC1-308

Cc: Honorable John Koskinen
    1111 Constitution Ave, NW
    Washington, DC 20224

Exhibit B

To: MICHAEL BRYANT
    1270 PONTIAC ROAD                        DATE: 02-25-2015
    PONTIAC, MI 48340

       This notice is your final warning to CEASE and DESIST immediately, and if you do not I am going to file a claim against you in your individual capacity in a common law court of record. You are causing me harm and stress, I don't wish to be stress nor harm I have been injured and wronged by you. If I receive any more correspondence or notices I'm going to charge you 10,000.00 dollars for each letter I receive from you. You do not have a lawful claim against me or my private property. This is your final warning to discontinue this unwanted conduct.

_Linda A. Allen Bey_
UCC1-103.6 UCC1-308 UCC1-301 UCC1-107

Witness Signature          _John L Bey_

                      John Lee Bey
                      PO Box 8990
                      Benton Harbor, on Michigan

## BERRIEN COUNTY CLERK'S OFFICE
### Sharon J. Tyler
**701 Main Street, St. Joseph, Michigan 49085**
**(269) 983-7111, ext 8233**      **www.berriencounty.org**

| FOR OFFICE USE ONLY | |
| --- | --- |
| Certificate No. __ | 44675 __ |
| Expiration Date:_ | 01/05/2020 __ |

## CERTIFICATE OF ASSUMED NAME (DBA)
### (FILING FEE: $10.00)

The undersigned, hereby certifies that the following person (or persons) carries on, conducts or transacts business in the County of Berrien, State of Michigan, under the business name, as stated below:

1. This is an **Original** Ⓧ (or) a **Renewal** ◯ Certificate *(check one)*.
2. Name of Business: (please print) LINDA ANN ALLEN
3. Street Address of Business: P.O. BOX 8990
4. City, State, Zip: BENTON HABOR, MICHIGAN 49023
   Telephone: ( 269 ) 861-1031
   Mailing Address: (if different) Lyola Ct. Benton Harbor, Michigan 49022
5. Type or Kind of business: PROPERTY MANAGMENT
6. Full legal name(s) of person(s) carrying on, conducting or transacting the above business, and residence address of each:

| NAME OF PERSON(S) | RESIDENCE ADDRESS (Street, City, State and Zip) |
| --- | --- |
| Linda Ann Allen-Bey | 1619 Lyola Court, Benton Harbor, Michigan [49023] |

7. *If your business includes "Trusts or Fiduciaries," please see Page 2 before signing.*
8. Signatures of all persons listed above must be signed below *(in the presence of a Notary Public if mailing in form.)*

   *Linda A Allen-Bey*

**If returning this form in person to our office, and all owners are present, you do not have to have it notarized.**

**STATE OF MICHIGAN )**
**COUNTY OF BERRIEN )**

Subscribed and sworn to before me this 6 day of January, 20 15 by person(s) listed above.

Signature of Notary _Linda Allen_
Printed name of Notary _Linda Allen_
Notary Public _Berrien_ County, Michigan
Commission expiration _8/27/2018_

> LINDA ALLEN
> Notary Public, State of Michigan
> County of Berrien
> My Commission Expires Aug. 27, 2018
> Acting in the County of ____

**FOR OFFICE USE ONLY - DO NOT WRITE BELOW THIS LINE**

---

**NAME OF BUSINESS:** LINDA ANN ALLEN

**STATE OF MICHIGAN )**
**COUNTY OF BERRIEN )**

I, Sharon J. Tyler, Clerk of Berrien County and the Circuit Court thereof, do hereby certify that I have compared the within copy of Assumed Name Certificate with the original record filed in my office, and the same is a true and correct copy thereof and of the whole of such original certificate.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Circuit Court this 5th day of January, 20 15.

Sharon J. Tyler, Berrien County Clerk

By _Wendy Holt_ Deputy County Clerk

NOTE: This Certificate must be renewed within five (5) years from date of filing. If you change your address, you must notify this office. If the owner above changes, you must file a Certificate of Discontinuance and file a new DBA Certificate. If you discontinue your business, you must file a Certificate of Discontinuance.

BC-CCLK-32B    11/20/13        Page 1        *Berrien County Printing*

Soc Sec #: xxx-xx-xxxx    Employee ID: 8098
Home Department: 504 Mech Assy

Pay Period: 02/16/15 to 02/22/15
Check Date: 02/26/15    Check #: 2120

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 484.84 |
| Chkg 7939 | 198.08 | 2479.73 |
| NET PAY | 198.08 | 2964.57 |

|  |  |  | 525.00 |
|---|---|---|---|
| Vacation | 8.00 | 10.5700 | 84.56 | 16.00 | 169.12 |
| EARNINGS | 40.00 | | 422.80 | 283.50 | 3517.44 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 25.24 | 211.23 |
| | Medicare | | 5.90 | 49.40 |
| | Fed Income Tax | S 0  No Withholding | | |
| | MI Income Tax | 0  No Withholding | | |
| | TOTAL | | 31.14 | 260.63 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | IRS Levy (Check | 177.23 | 177.23 |
| | MedIns Pretax | 13.57 | 94.99 |
| | Uniform Rental | 0.56 | 4.48 |
| | Vis Pretax | 2.22 | 15.54 |
| | TOTAL | 193.58 | 292.24 |

Exhibit C

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 198.08 | 2964.57 |

Payrolls by Paychex, Inc.

0051 1104-5698  Ausco Products Inc • 2245 Pipestone Road • Benton Harbor MI  49022 • (269) 926-0700

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOLD AND REMOVE                                                                                                              FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

Linda Ann Allen Bey
PO Box 8990
Benton Harbor, MI  49023

**Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 8098
**Home Department:** 504 Mech Assy

**Pay Period:** 02/23/15 to 03/01/15
**Check Date:** 03/05/15    **Check #:** 2222

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 484.84 |
| Chkg 7939 | 198.08 | 2677.81 |
| **NET PAY** | **198.08** | **3162.65** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 10.5700 | 422.80 | 291.50 | 3081.16 |
| Holiday | | | | 16.00 | 164.96 |
| Profit Share | | | | | 525.00 |
| Vacation | | | | 16.00 | 169.12 |
| **EARNINGS** | 40.00 | | 422.80 | 323.50 | 3940.24 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 25.23 | 236.46 |
| Medicare | | 5.90 | 55.30 |
| Fed Income Tax | S 0  No Withholding | | |
| MI Income Tax | 0  No Withholding | | |
| **TOTAL** | | 31.13 | 291.76 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| IRS Levy (Check | 177.24 | 354.47 |
| MedIns Pretax | 13.57 | 108.56 |
| Uniform Rental | 0.56 | 5.04 |
| Vis Pretax | 2.22 | 17.76 |
| **TOTAL** | 193.59 | 485.83 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **198.08** | **3162.65** |

*Payrolls by Paychex, Inc.*

**0051 1104-5698**  Ausco Products Inc • 2245 Pipestone Road • Benton Harbor MI  49022 • (269) 926-0700

FOLD AND REMOVE                                                                                              FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Linda Ann Allen Bey
PO Box 8990
Benton Harbor, MI  49023

**Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 8098
**Home Department:** 504 Mech Assy

**Pay Period:** 03/02/15 to 03/08/15
**Check Date:** 03/12/15    **Check #:** 2274

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 484.84 |
| Chkg 7939 | 198.08 | 2875.89 |
| **NET PAY** | **198.08** | **3360.73** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.00 | 10.5700 | 422.80 | 331.50 | 3503.96 |
| | Holiday | | | | 16.00 | 164.96 |
| | Profit Share | | | | | 525.00 |
| | Vacation | | | | 16.00 | 169.12 |
| | **EARNINGS** | **40.00** | | **422.80** | **363.50** | **4363.04** |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 25.24 | 261.70 |
| | Medicare | | 5.90 | 61.20 |
| | Fed Income Tax | S 0  No Withholding | | |
| | MI Income Tax | 0  No Withholding | | |
| | **TOTAL** | | **31.14** | **322.90** |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | IRS Levy (Check | 177.23 | 531.70 |
| | MedIns Pretax | 13.57 | 122.13 |
| | Uniform Rental | 0.56 | 5.60 |
| | Vis Pretax | 2.22 | 19.98 |
| | **TOTAL** | **193.58** | **679.41** |

| NET PAY | THIS PERIOD ($) | YTD |
|---|---|---|
| | **198.08** | **3360.** |

*Payrolls by Paychex, Inc.*

**0051 1104-5698**  Ausco Products Inc • 2245 Pipestone Road • Benton Harbor MI 49022 • (269) 926-0700

FOLD AND REMOVE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Linda Ann Allen Bey
PO Box 8990
Benton Harbor, MI  49023

Soc Sec #: xxx-xx-xxxx    **Employee ID:** 8098
**Home Department:** 504 Mech Assy

**Pay Period:** 03/09/15 to 03/15/15
**Check Date:** 03/19/15    **Check #:** 2375

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 484.84 |
| Chkg 7939 | 198.08 | 3073.97 |
| **NET PAY** | **198.08** | **3558.81** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.00 | 10.5700 | 422.80 | 371.50 | 3926.76 |
| | Holiday | | | | 16.00 | 164.96 |
| | Profit Share | | | | | 525.00 |
| | Vacation | | | | 16.00 | 169.12 |
| | **EARNINGS** | 40.00 | | 422.80 | 403.50 | 4785.84 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|
| | Social Security | | 25.23 | | 286.93 |
| | Medicare | | 5.91 | | 67.11 |
| | Fed Income Tax | S 0   No Withholding | | | |
| | MI Income Tax | 0   No Withholding | | | |
| | **TOTAL** | | 31.14 | | 354.04 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Garnishment | 177.23 | 177.23 |
| | IRS Levy (Check | | 531.70 |
| | MedIns Pretax | 13.57 | 135.70 |
| | Uniform Rental | 0.56 | 6.16 |
| | Vis Pretax | 2.22 | 22.20 |
| | **TOTAL** | 193.58 | 872.99 |

| NET PAY | THIS PERIOD ($) | YTD ($, |
|---|---|---|
| | **198.08** | **3558.81** |

*Payrolls by Paychex, Inc.*

**0051 1104-5698**  Ausco Products Inc • 2245 Pipestone Road • Benton Harbor MI  49022 • (269) 926-0700