# EXHIBIT 9

**Internal Revenue Service**
Appeals Office
MS: 8000-OKC
55 North Robinson Street
Oklahoma City, OK  73102


Date:


GOLDEN ASSETS SETTLEMENT TRUST
PO BOX 8990
BENTON HARBOR MI  49023

**Department of the Treasury**

**Person to Contact:**
 Greg Clark
**Employee ID Number:** 0668252
 Tel:  (405) 297-6803
 Fax:  (855) 477-7520
**In Re:**
 Collection Appeals Program – LEVY,
FEDERAL TAX LIEN, SEIZURE
**Tax Periods:**
12/2013


Dear Taxpayer;

We have received your Collection Appeals Program (CAP) appeal of levy action by the Revenue Officer.  In the appeal request Trustee Linda Allen stated that she did not knowingly file the Form 1041 under false pretenses but was misled to believe that the funds she received were set aside by the government for her behalf. She further requested that she be allowed to keep the home and automobile that was purchased in the trust's name as she will not have a place to live or an automobile to drive to work.

The Settlement Officer reviewed the administrative record of the Revenue Officer and found that the liability came into existence as a result of the $422,606.96 refund Ms. Allen claimed on the Form 1041 for the trust, for tax year 2013; which falsely claimed that the trust had paid in the $422,606.96 through tax withholdings.  The Revenue Officer assigned to collect the liability has spent the last four years attempting to recover the funds Ms. Allen received from the false refund claim.  During that time Ms. Allen was found to be in contempt of court for her refusal to provide the financial and asset information the Revenue Officer had summoned her to disclose.  Also during the four-year period, Ms. Allen filed suit against the United States in Federal Tax Court, which was later dismissed, she additionally filed bankruptcy during the four-year period, which was also dismissed.  During the four-year period, the Revenue Officer seized and sold one of two new vehicles Ms. Allen purchased with the trust refund proceeds.  The second vehicle is one of the assets that are the subject of this appeal.  Ms. Allen additionally purchased the home the Revenue Officer has informed her he will be seizing with the trust refund proceeds.

The Settlement Officer held the appeal conference with Ms. Allen and informed her that any hardship issue would be considered by the Taxpayer Advocates office.  Ms. Allen stated that the Advocates office has informed her that they will not review her case until Appeals issues its decision.  There are no hardship issues for the Trust itself in this appeal, as economic hardship does not apply to businesses.  The Revenue Officer issued nominee/Alter Ego levies and liens against Ms. Allen for the trust liability. Ms. Allen requested a separate appeal consideration for the same issues in this appeal under her nominee/alter ego lien and levy/seizure.

The Settlement officer informed Ms. Allen that he is fully sustaining the home and automobile seizure as well as the Notice of Federal Tax lien filings for the trust liabilities,

Letter 972-c (Rev. 03/1996)

- 2 -

based on the fact that the assets are in the trust name and were acquired with funds that the trust was not entitled to receive from the IRS.  The government has followed all legal and procedural requirements in informing Ms. Allen of its intention to seize and sell the house and automobile.

Ms. Allen also raised in the CAP conference her belief that the government had not properly noticed the trust with regard to the jeopardy levy and lien filing. The Settlement Officer informed her that Letter 2439, Notice of Jeopardy Levy and Right of Appeal; Letter 3886, Special Condition Notice of Federal Tax Lien Filing notice; and Letter 1058, Final Notice-Notice of Intent to Levy and Notice of Your Right to a Hearing, were mailed certified by the Revenue Officer February 13, 2015 to the address of the trust, and were found to be proper notice to the trust.

We have found that the Revenue Officer has met all legal and procedural requirements in the filing of the liens, issuance of levies, and the proposed seizure of the trust assets. We are sustaining the proposed seizure action.   If you have any questions, please call the Settlement Officer whose name appears in the upper right of this letter.  Thank you.

Sincerely,

*D. Bradley*

Dominique L Bradley
Appeals Team Manager

Letter 972-c (Rev. 3/1996)