# EXHIBIT 10

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　　 )
　　　　　　　　　　　　　　　　 )
　　　　　　　Petitioner,　　　　)
　　　　　　　　　　　　　　　　 )
　　　　　　v.　　　　　　　　　 )　misc. Action No.
　　　　　　　　　　　　　　　　 )
LINDA A. ALLEN,　　　　　　　　 )
　　　　　　　　　　　　　　　　 )
　　　　　　　Respondent.　　　　)

### PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, by the undersigned Assistant United States Attorney, avers to this Court as follows:

1.  This is a proceeding brought pursuant to the provisions of sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. §§ 7402(b) and 7604(a), to judicially enforce an Internal Revenue Service summons.

2.  Michael Bryant is a duly commissioned Revenue Officer employed in the office of the Area Director, Small Business/Self-Employed Compliance, Internal Revenue Service and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in Section 7602 of Title 26 U.S.C., and Treasury Regulation Section 301.7602-1, 26 C.F.R. § 301.7602-1.

3.  The respondent, Linda A. Allen, resides at 1619 Lyola Ct., Benton Harbor, MI 49022, which is within the jurisdiction of this Court.

4.   Revenue Officer Michael Bryant is conducting an investigation into the tax liability of Linda A. Allen for the Form 1040 for the calendar year ending December 31, 2013, as set forth in the Declaration of Revenue Officer Michael Bryant attached hereto as Exhibit A.

5.   The respondent, Linda A. Allen, is in possession and control of testimony, books, records, papers, and other data which are relevant to the above-described investigation.

6.   On February 23, 2015, an Internal Revenue Service summons was issued by Revenue Officer Michael Bryant directing the respondent, Linda A. Allen, to appear before Revenue Officer Michael Bryant on March 6, 2015, at 10:00 AM to testify and to produce the books, records, and other documents demanded in the summons.  An attested copy of the summons was served on the respondent, Linda A. Allen, by leaving a copy at her last and usual place of abode on February 23, 2015, as evidenced in the certificate of service on the reverse side of the summons.  The summons is attached hereto and incorporated herein as Exhibit B.

7.   On March 6, 2015, the respondent, Linda A. Allen, did not appear in response to the summons.

8.   On March 25, 2015, a letter was sent to the respondent, Linda A. Allen, by the Associate Area Counsel of the Internal Revenue Service, scheduling an appointment for April 10, 2015, at 10:00 AM, to give testimony and produce for examination books, papers, records, or other data as described in said summons.  This

2

letter is attached hereto as Exhibit C.  On April 10, 2015, the respondent, Linda A. Allen, did not appear for the scheduled meeting.  The respondent's refusal to comply with the summons continues to date as set forth in the Declaration of Revenue Officer Michael Bryant attached hereto as Exhibit A.

9.    The books, papers, records, or other data sought by the summons are not already in possession of the Internal Revenue Service.

10.   All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

11.   It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summons in order to properly investigate the tax liability of Linda A. Allen for the Form 1040 for the taxable year ending December 31, 2013, as is evidenced by the Declaration of Revenue Officer Michael Bryant attached hereto and incorporated herein as part of this petition.

WHEREFORE, petitioner respectfully prays:

1.    That the Court issue an order directing the respondent, Linda A. Allen, to show cause, if any, why respondent should not comply with and obey the aforementioned summons and each and every requirement thereof.

2.    That the Court enter an order directing the respondent, Linda A. Allen, to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is

3

required and called for by the terms of the summons before Revenue

Officer Michael Bryant or any other proper officer or employee of

the Internal Revenue Service at such time and place as may be fixed

by Revenue Officer Michael Bryant or any other proper officer or

employee of the Internal Revenue Service.

3.   That the United States recover its costs in maintaining

this action.

4.   That the Court grant such other and further relief as is

just and proper.

PATRICK A. MILES, JR.
United States Attorney

Dated: August 7, 2015          By:

NICOLE MAZZOCCO
Assistant United States Attorney
Western District of Michigan
330 Ionia Avenue, N.W.
5th Floor
Grand Rapids, Michigan 49503
(616) 456-2404

Nicole.Mazzocco@usdoj.gov

# Exhibit A

## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,                  )
                                           )
          **Petitioner**             )
                                           )
          v.                      )     **Civil Action No.**
                                           )
LINDA A. ALLEN,                            )
                                         )
          **Respondent.**         )

### DECLARATION

Michael Bryant declares:

1.     I am a duly commissioned Revenue Officer employed in the Small Business/Self-Employed Division Central Compliance Area of the Internal Revenue Service at 1270 Pontiac Road, Pontiac, MI 48340-2238.

2.     In my capacity as a Revenue Officer I am conducting an investigation into the tax liability of Linda A. Allen for the Form 1040 for the calendar year ended: December 31, 2013.

3.     In furtherance of the above investigation and in accordance with Section 7602 of Title 26, U.S.C., I issued on February 23, 2015, an administrative summons, Internal Revenue Service Form 6638, to Linda A. Allen, to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit B.

4.     In accordance with Section 7603 of Title 26, U.S.C., on February 23, 2015, I served an attested copy of the Internal Revenue Service summons described in Paragraph (3) above on the respondent, Linda A. Allen, by leaving a copy at her last

Case 1:25-cv-00113-RLM-RJC   ECF No. 56-11   filed 05/07/15   PageID.452   Filed 05/18/26   Page 8
Case 2:15-mc-00152   Doc #1-1   Filed 06/07/15   Page 3 of 5   Page 8
of 14

and usual place of abode, as evidenced in the certificate of service on the reverse side of the summons.

5      On March 6, 2015, the respondent, Linda A. Allen, did not appear in response to the summons.

6.     On March 25, 2015, the Associate Area Counsel for the Internal Revenue Service sent a letter to the respondent, Linda A. Allen, offering her a last opportunity to meet with me on April 10, 2015 at 10:00 a.m.  A copy of the last chance letter is attached to the petition as Exhibit C.

7.     On April 10, 2015, the respondent Linda A. Allen, failed to appear in response to the summons.  The respondent's refusal to comply with the summons continues to the date of this declaration.

8.     The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

9.     All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

10.    It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to properly investigate the federal tax liability of Linda A. Allen for the Form 1040 for the calendar year ended: December 31, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of ___June___, 2015.

_____
Michael Bryant, Revenue Officer

2

# Exhibit B

# Summons

## Income Tax Return

**In the matter of** _LINDA A. ALLEN, 1619 LYOLA CT, BENTON HARBOR, MI 49022-6022_
**Internal Revenue Service** _(Identify Division)_ _SMALL BUSINESS/SELF EMPLOYED_
**Industry/Area** _(Identify by number or name)_ _Small Business / Self Employed_
**Periods:** _Form 1040 for the calendar period ending December 31, 2013_

### The Commissioner of Internal Revenue

**To:** _LINDA A. ALLEN_
**At:** _1619 LYOLA CT, BENTON HARBOR, MI 49022-6022_

You are hereby summoned and required to appear before _MICHAEL BRYANT,_ an Internal Revenue Service _(IRS)_ officer, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years _2013_

These records and documents include, but are not limited to: Forms W-2 _(Wage and Tax Statement)_, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services _(including receipt of property other than money)_. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: _2013_

We have attached a blank return to guide you in producing the necessary documents and records.

## Do not write in this space

**Business address and telephone number of IRS officer before whom you are to appear:**

1270 PONTIAC RD, PONTIAC, MI 48340-2238 (248) 874-2235

**Place and time for appearance: At** _1270 PONTIAC ROAD, PONTIAC, MI 48340-2238_

**IRS**

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 6638 (Rev.10-2010)
Catalog Number 61828W

on the _6th_ day of _March_ , _2015_ at _10.00_ o'clock _a_ m.

Issued under authority of the Internal Revenue Code this _23rd_ day of _February_ , _2015_

_MICHAEL BRYANT_
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer _(if applicable)_

Title

**Original --** to be kept by IRS



# Certificate of
# Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|------|------|
| February 23, 2015 | *11:03 AM* |

**How**  ☐  I handed an attested copy of the summons to the person to whom it was directed.

**Summons**

**Was**  ☒  I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed.  I left the copy with the following person (if any):

**Served**

| Signature | Title: Revenue Officer |
|-----------|------------------------|
| Michael Bryant | |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title: Revenue Officer |
|-----------|------------------------|
| Michael Bryant | |

Catalog No. 61828W

Form **6638** (Rev. 10-2010)



# Certificate of
# Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| February 23, 2015 | 11:03 AM |

**How**

☐    I handed an attested copy of the summons to the person to whom it was directed.

**Summons**

**Was**

☒    I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

**Served**

| Signature | Title: Revenue Officer |
|---|---|
| Michael Bryant | |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title: Revenue Officer |
|---|---|
| Michael Bryant | |

Catalog No. 61828W        Form **6638** (Rev. 10-2010)

# Exhibit C



OFFICE OF THE CHIEF COUNSEL

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF DIVISION COUNSEL
SMALL BUSINESS/SELF-EMPLOYED
200 W. Adams
Suite 2300
Chicago, IL 60606
(312) 368-8228
FAX: (312) 368-8710

CC:SB:4:CHI:GL-110202-15

JASunisloe

Linda A. Allen
1619 Lyola Ct.
Benton Harbor, MI 49022-6022

Date: MAR 2 5 2015

Dear Ms. Allen:

Small Business / Self-Employed Area 4: Area Collection of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on February 23, 2015. Under the terms of the summons, you were required to appear before Revenue Officer Michael Bryant on March 6, 2015.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

> Name: Michael Bryant
> Date: April 10, 2015
> Time: 10:00 a.m.
> Address: 1270 Pontiac Road, Pontiac, MI 48340

Any books, records or other documents called for in the summons should be produced at that time. If you have questions please contact Revenue Officer Michael Bryant at (248) 874-2235.

Sincerely,

/s/ Kathryn E. Kelly

K. ELIZABETH KELLY
Acting Associate Area Counsel
(Chicago)
(Small Business / Self-Employed)