# EXHIBIT 11

please call feds

**FILED - GR**
February 9, 2016 9:56 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc  SCANNED BY

I, linda allen-bey am willing to comply with judge's order. Hon. Janet T. Neff stated in court on 02-05-2016 that I linda allen-bey Can get out of jail be release as long as I follow her order. I will loose my job if I don't get out today I have missed three days as of today, I have been on my job for five years and if I loose my job I will loose my health insurance, I have high blood pressure and I need my insurance to get the medication for my high blood pressure and other female checkups that women gets.
I need the feds to come and get my so I want loose my job and I can comply with the judge's order, thank You so much

Date 02-08-2016          By, allen-bey, linda