May 28, 2026 11:54 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: AR / 52ß

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:25-cv-00118-PLM |
| | ) | |
| PLAINTIFF, | ) | Hon. District Judge Paul L. Maloney |
| | ) | |
| | ) | Hon. Magistrate Judge Phillip J. Green |
| v. | ) | |
| Linda  Allen, | ) | |
| | ) | |
| Defendant, | | |

_____/

**RESPONSE TO PLAINTIFF'S  MEMORANDUM IN SUPPORT OF UNITED STATE'S MOTION FOR SUMMARY JUDGMENT AGAINST Linda Allen**

For the record, I am not a corporation, I am a living woman, I am alive and breathing. I will like to correct the spelling of my name for the record and on the record my name is not spelled in all caps as it has been displayed in past, present, and future motions and/or memorandum that's filed by the plaintiff's. The correct spelling of my name is Linda Allen for the record. The plaintiff's initial prior filed complaints was about owing a tax debt simply stating that I, Linda Allen are the same persons "the alter ego" of  the Golden Assets settlement trust ("the trust")and the alter ego of the trustee. Defendant stated to plaintiff that she was disable and wasn't able to pay the tax liabilities debt, I'm currently in non collectable status via IRS due to financial hardship. Plaintiff's attorney called defendant verbally stating if she mail and email me a form 433-B to fill out she will dismiss this case due the non collectable status financial hardship via IRS. I received the form 433-B via mail filled it out and mailed it back to plaintiff in a timely matter.

I Linda Allen-Bey stated to the plaintiff that I am not a witness for her and never did I agreed to testify against myself to plaintiff's disposition, some statements in the plaintiff's motion for summary judgement were inaccurate and has nothing to do with this case tax liabilities complaint that we are here for today. The plaintiff's complaint is about collecting a tax debt, this is a civil case not criminal and not about what happen ten years ago over a decade from another case by trying to influence or sway the judge/ magistrate to be judgmental against the defendant in a negative way. Judges/Magistrates sworn to provide fair impartiality and show no judicial bias and unfair treatment.

**WHEREFORE** Defendant is permanently disabled and unable to pay the tax debt respectfully asking the honorable courts to dismiss this case.

Date: 05/21/2026

Linda Allen-Bey

## CERTIFICATE OF SERVICE

I, Linda Ann Allen-Bey herby certify that I am of such age and discretion as to be competent to serve papers. I further certify that I caused a copy of the of Response to plaintiff's memorandum and motion to be mailed to Danielle E. Sumner via first class mail to the address listed below.

Danielle E. Sumner
Trail Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044-0055

Date: 05/21/2026

By; _Linda Allen-Bey_
                    Linda Ann Allen-Bey

Linda Allen-Bey
1619 Lyola Ct.
Benton Harbor, MI 49022

Retail





49503

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
BENTON HARBOR, MI
MAY 20, 2026

$1.63

S2322T500354-12

United States District Court
Western District of Michigan
399 Federal Bldg. 110 Michigan St. NW
Grand Rapids, MI 49503