# EXHIBIT A

Case 1:25-cv-00118-PLM-PJG    ECF No. 58-1,  PageID.476    Filed 06/10/26    Page 1 of 2

| | |
|---|---|
| **From:** | Sumner, Danielle (CIV) |
| **To:** | allenlinda182@gmail.com |
| **Subject:** | US v. Allen - Phone call follow-up and Form 433 |
| **Date:** | Wednesday, January 21, 2026 1:30:18 PM |
| **Attachments:** | Form 433-A.pdf |
| | Privacy Act Statement (DOJ).pdf |

---

Good afternoon Ms. Allen,

Following up on our phone call, please see attached the Form 433-A and the Privacy Act statement we discussed. Please fill this out accurately and completely, as the document is signed under penalty of perjury. This document will help the government to better understand your financial situation and your collection potential, which will make any settlement discussions more productive. I have also caused copies of this document to be sent to your mailing address via U.S. mail.

Thank you,

**Danielle E. Sumner**
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
Office: (202) 514-6508
Fax: (202) 514-5238
Danielle.Sumner@usdoj.gov