UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,       )
        Plaintiff,       )
               )       No. 1:25-cv-118
v.       )
               )       Honorable Paul L. Maloney
LINDA A. ALLEN,       )
        Defendant.       )
_____ )

## JUDGMENT

In accordance with the opinion and order entered on this date, and pursuant to Fed.

R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  June 15, 2026                                    /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge